**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Central Palm Beach Surgery Center LTD.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0615268** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2047 Palm Beach Lakes Blvd.**<br>**West Palm Beach, FL 33409**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number (*if known*) _____
              Name

**7.** **Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       6219

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **CPBS Management LLC**                 Relationship    **Affiliate**

District    **Southern District of Florida**    When    **1/28/20**    Case number, if known    _____

Debtor    **Central Palm Beach Surgery Center LTD.**                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone                _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000          ☐ 50,001-100,000
■ 100-199             ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000           ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000           ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor  **Central Palm Beach Surgery Center LTD.**                                   Case number (*if known*) _____
          Name

| | |
|---|---|
| ▌ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 28, 2020**
              MM / DD / YYYY

**X** **/s/ CPBS Managment LLC c/o Jonathan Cutler**          **CPBS Managment LLC c/o Jonathan Cutler**
Signature of authorized representative of debtor              Printed name

Title   **Authorized Member**

---

**18. Signature of attorney**

**X** **/s/ Robert C. Furr**                          Date **January 28, 2020**
Signature of attorney for debtor                            MM / DD / YYYY

**Robert C. Furr 210854**
Printed name

**FurrCohen P.A.**
Firm name

**2255 Glades Rd.**
**Suite 301E**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561-395-0500**          Email address _____

**210854 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Central Palm Beach Surgery Center LTD.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 28, 2020**     X **/s/ CPBS Managment LLC c/o Jonathan Cutler**
                                                  Signature of individual signing on behalf of debtor

                                                  **CPBS Managment LLC c/o Jonathan Cutler**
                                                  Printed name

                                                  **Authorized Member**
                                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Central Palm Beach Surgery Center LTD.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JHCSMC Marketing 11412 Okeechobee Blvd West Palm Beach, FL 33411 | | all assets of the Debtor. | | | | $5,291,221.37 |
| 2047 Palm Beach Lakes Partners, LLC 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | | promissory note | | | | $4,022,000.00 |
| Biomet 14235 Collections Center Chicago, IL 60693 | | medical device manufacturer | | | | $482,318.12 |
| S1 Spine LLC P.O. Box 71207 Philadelphia, PA 19176 | | medical services | | | | $212,520.00 |
| Specialty Care IOM Services LLC Department 1614 P.O. Box 11407 Birmingham, AL 35246 | | neuromonitoring services for spine surgery, neurosurgery, interventional neuroradiology, cardiothoracic, and otolaryngology surgery. | | | | $112,251.60 |
| Henry Schein P.O. Box 371952 Pittsburgh, PA 15250 | | health care products and services | | | | $97,657.68 |
| Clarus Medical, LLC 13355 10th Ave N. Suite 110 Minneapolis, MN 55441 | | medical device services | | | | $77,730.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor **Central Palm Beach Surgery Center LTD.**
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nutech Solutions for Life** P.O. Box 36639 Birmingham, AL 35236 | | distributor for medical and surgical products | | | | **$61,625.00** |
| **Arthex Inc.** P.O. Box 403511 West Palm Beach, FL 33403 | | medical device supplier | | | | **$37,457.53** |
| **Steris Corporation** P.O. Box 676548 Dallas, TX 75267 | | medical services | | | | **$36,315.31** |
| **Stryker Endoscopy** P.O. Box 93276 Chicago, IL 60673 | | surgery equipment | | | | **$35,472.43** |
| **Black Diamond Medical Inc.** 650 N Wymore Road Ste 102 Winter Park, FL 32789 | | medical equipment services | | | | **$33,775.00** |
| **Life Spine, Inc.** P.O. Box 83050 Chicago, IL 60691 | | medical technology manufacturer | | | | **$29,300.00** |
| **Medline Industries, Inc.** Dept CH 14400 Palatine, IL 60055 | | medical services | | | | **$27,813.91** |
| **Paradigm Spine, LLC** 505 Park Avenue New York, NY 10022 | | designs, develops, and markets medical devices. | | | | **$26,000.00** |
| **Smith & Nephew, Inc.** P.O. Box 205651 Dallas, TX 75320 | | medical services | | | | **$25,901.51** |
| **Wright Medical Technology, Inc.** P.O. Box 503482 Saint Louis, MO 63150 | | medical device manufacturer | | | | **$23,021.00** |
| **Medtronic USA Inc.** PO BOX 409201 Atlanta, GA 30384-9201 | | medical device services | | | | **$22,554.26** |
| **SeaSpine Sales LLC** P.O. Box 207146 Dallas, TX 75320 | | spinal technologies services | | | | **$21,740.66** |

Debtor **Central Palm Beach Surgery Center LTD.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Manatee Medical, Inc.** **640  Coral Trace Blvd** **Edgewater, FL 32132** | | **medical equipment supplier** | | | | $21,600.00 |

**Fill in this information to identify the case:**

Debtor name     **Central Palm Beach Surgery Center LTD.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $    **7,115,518.73**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................. $    **7,115,518.73**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **1,281,571.95**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    **10,989,229.71**

4.  Total liabilities ..................................................................................................................
    Lines 2 + 3a + 3b

$    **12,270,801.66**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Central Palm Beach Surgery Center LTD.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **M&T Bank** | **Checking** | 6732 | $30,068.69 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $30,068.69 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **City of West Palm Beach - Utility deposit** | |
| --- | --- | --- |
| 7.1. | **Acct ending in 2245-3** | $4,375.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** | $4,375.00 |
Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Central Palm Beach Surgery Center LTD.**          Case number *(If known)* _____
_____
Name

---

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software See Attached Appraisal - The appraisal includes machinary, furniture,supplies, and equipment.** | **Unknown** | **Appraisal** | **$252,385.00** |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$252,385.00** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

---

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number *(If known)* _____
          Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2047 Palm Beach Lakes Blvd. West Palm Beach, FL 33409** | **Leased** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.      **$0.00**
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

                                                                        **Current value of debtor's interest**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number *(If known)* _____
          Name

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **Central Palm Beach Surgery Center LTD vs. John Papa DC**                                                    Unknown
       **Case No: 50-2019-CA-009729**

| Nature of claim | **Damages** |
|---|---|
| Amount requested | **$15,000.00** |

---

**Central Palm Beach Surgery Center LTD A/A/O Donald Brislow v. State Farm Mutual Automobile Association Company Case No: 50-2018-CC-003939**                              Unknown

| Nature of claim | **PIP Claim** |
|---|---|
| Amount requested | **$0.00** |

---

**Central Palm Beach Surgery Center LTD A/A/O Jeff Dorceus vs. State Farm Mutual Automobile Insurance Company**
**Case No: 50-2018-SC-000224**                                                    Unknown

| Nature of claim | **PIP Claim** |
|---|---|
| Amount requested | **$0.00** |

---

**Central Palm Beach Surgery Center LTD vs. Benton McNeil and James River Insurance Company**
**Case No: 50-2018-CA-015272**                                                    Unknown

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$0.00** |

---

**Central Palm Beach Surgery Center LTD (Patient Ramon Albor) vs. Progressive Express Insurance Company**
**Case No: 50-2017-SC-018054**                                                    Unknown

| Nature of claim | **PIP Claim** |
|---|---|
| Amount requested | **$0.00** |

---

**Central Palm Beach Surgery Center LTD A/A/O Cecilia Alvarez-Acost vs. State Farm Fire Casualty Company**
**Case No: 50-2017-SC-018212**                                                    Unknown

| Nature of claim | **PIP Claim** |
|---|---|
| Amount requested | **$0.00** |

---

**Central Palm Beach Surgery Center LTD A/A/O Jennifer Montes De Oca vs. Allstate Indemnity Company**
**Case No: 50-2017-SC-015583**                                                    Unknown

| Nature of claim | **PIP Claim** |
|---|---|
| Amount requested | **$0.00** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **Central Palm Beach Surgery Center LTD (Patient Carolyn Henry) vs. Peak Property and Casualty Insurance Corporation** **Case No: 50-2017-SC-013664** | **Unknown** |

| Nature of claim | **PIP Claim** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Central Palm Beach Surgery Center LTD (Patient Julian Aramini) vs. Garrison Property and Casualty Insurance Company** **Case No: 50-2017-SC-012669** | **Unknown** |

| Nature of claim | **PIP Claim** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Central Palm Beach Surgery Center, LTD a/a/o Ashley Butler** **vs. State Farm Mutual Automobile Insurance Company** **Case NO: 50-2018-CC-005403** | **Unknown** |

| Nature of claim | **PIP Claim** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Central  Palm Beach Surgery Center, LTD, CPBS Management LLC** **vs.** **JP Therapy Holdings, II, LLC** **Case No: 50-2016-CA-005583** | **Unknown** |

| Nature of claim | **Civil** |
|---|---|
| Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Lien Contracts (0-90) - represent claims the Debtor has in numerous personal injury cases. These claims are dependent on successful recoveries. Many attorneys give letter of protection in connection with the lien contracts. Historically, the Debtor collects 5 to 10% over a number of years. The value of the lien contracts are highly speculative.**                    **$582,534.49**

**Lien Contracts (90 to older) - represent claims the Debtor has in numerous personal injury cases. These claims are dependent on successful recoveries. Many attorneys give letter of protection in connection with the lien contracts. Historically, the Debtor collects 5 to 10%. over a number of years. The value of the lien contracts are highly speculative.**                    **$6,246,155.55**

78.    **Total of Part 11.**                    | **$6,828,690.04** |

Add lines 71 through 77. Copy the total to line 90.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    **Central Palm Beach Surgery Center LTD.**                              Case number *(If known)* _____
Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Central Palm Beach Surgery Center LTD.**          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,068.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,375.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $252,385.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,828,690.04 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,115,518.73 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,115,518.73 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy



**NATIONAL AUCTION COMPANY**

*Licensed Real Estate Brokers & Auctioneers*
*AB640 • AU899*

# Personal Property Evaluation Report

Central Palm Beach Surgery, LTD
2047 Palm Beach Lakes Boulevard
Suite 100
West Palm Beach, Florida 33409

January 21, 2020

Prepared For:
Mr. Robert Furr, Esq.
Furr Cohen
2255 Glades Road
Suite 301 East
Boca Raton, Florida 33431

Mailing Address: 7958 Pines Boulevard #506, Pembroke Pines, Florida 33024
Office Address: 1900 SW 100 Avenue, Miramar, Florida 33025
561.364.7004 • 954.658.5033 • www.natlauction.com



**NATIONAL AUCTION**
**C  O  M  P  A  N  Y**

*Licensed Real Estate Brokers & Auctioneers*
*AB640 • AU899*

January 24, 2020

Mr. Robert Furr, Esq.
Furr Cohen
2255 Glades Road
Suite 301 East
Boca Raton, Florida 33431

SUBJECT:   Central Palm Beach Surgery Center, LTD
                     Personal Property Inventory & Evaluation Report

Dear Mr. Furr:

On behalf of National Auction Company we take this opportunity to express our appreciation to provide this Evaluation Report of the assets located at Central Palm Beach Surgery Center. This report represents our opinion of the estimated value of these assets.

The estimated values are based upon our observation of the assets seen at the premises on January 21, 2020. Estimates of value are based upon the assumption these assets would be offered and sold at a public auction or similar venue. It is important to understand it is not possible to precisely know what these assets might bring at an auction because there are many factors to consider. The estimates of value are based upon past experience when offering and selling similar assets at auctions. It is important to review information included in the section called Limiting Conditions which provides other details regarding these assets and prices that could be attained at an auction.

As efforts were made to prepare this report, we tried to locate similar medical equipment and devises that are currently being offered for sale by dealers or on auction sites such as E-Bay. The difficulty in doing so lies in the ability to make certain currently available are indeed similar as those in place at Central Palm Beach Surgery Center. Most medical devises are designed and configured to specifications of the professionals who will be using them which provides a major challenge when trying to provide estimated values.

Having been in the auction industry for more than 35 years, several major auctions have been conducted for surgery centers, hospitals and doctors offices where similar equipment was offered for sale. From that experience, it was learned that medical devises and equipment have very limited markets. Their shelf life is limited by constantly changing technology in combination with differences in how medical procedures are carried out. For example, when X-Ray equipment is offered and sold of the size that is in use at your client's facility, original costs have little to do with final prices achieved.

Mr. Robert Furr, Esq.
Page Two
January 24, 2020

Technology advances constantly and as new equipment is brought to the market, older equipment, while remaining useable, has less appeal to purchasers. With X-Ray machines, costs of dismantling, removing and transporting is a major factor because most of the work associated with the process must be done by licensed and highly trained people.

Such is also the case with most of the equipment located in the three operating rooms. Because of the number of items in each of the surgical suites, their estimated value is shown on a bulk basis for each.  From the explanation provided to us, each of the three suites are equipped almost identically. It was also pointed out that some of the equipment and devises are not the property of your client which makes it difficult to estimate potential values. It is the opinion of the Evaluator the estimate of value shown represents what could be likely expected if the surgical suites were to be offered and sold at an auction. As noted, while it is apparent the equipment is being maintained at a high level, there have been technological advances since the time these assets were originally purchased and placed into service. It is possible finding potential purchasers for some of the equipment could be difficult. Past experience also indicates some of the equipment could be limited by time cycles which require either replacement or major service.

Because this is a surgical center, there is also large sterilization and cleaning machines at this location. These machines are also highly specialized and estimated values set forth assume the machines would be sold and moved out of the building. This would require almost complete disassembly in order to get them out of the location where they presently are. In addition, there are many medical instruments present which were not inventoried on an individual basis. There are also many different accessory type items used for different types of surgical procedures and while all of them have value, determining an exact inventory was not practical.

The office machines and equipment have been evaluated based upon typical prices bidders are willing to pay for similar items. Technology changes rapidly with computers, scanners and printers. The company has a great amount of money invested in computer related software, however, for the purpose of this report, none has been evaluated. Estimated values set forth in the report reflect what it could be expected bidders would pay at an auction for a computer stripped of software. There are also larger network printers that are probably subject to service agreements which keep them operating. Past experience indicates when similar machines are offered, prices are a reflection of an as-is condition.

After your review of this report, if there are questions or other assistance is needed, please call at your convenience

Very truly yours,

George Richards
President

# SECTION TWO
## Personal Property Inventory & Evaluation Report
## Surgical Center
## Office Furnishings, Fixtures & Equipment

Central Palm Beach Surgery Center, LTD
2047 Palm Bach Lakes Boulevard
Suite 100

## Personal Property Inventory & Evaluation Report

### January 21, 2020

|  | Location | Description | Estimated Value |
|---|---|---|---|
| 1. | Pre Operating Nurses Station | Lexmark Printer | 75.00 |
| 2. |  | (2) Desktop Computers & (2) Monitors | 200.00 |
| 3. |  | Fujitsu Scan Snap Document Scanner | 75.00 |
| 4. | Exam Room | Charging Station For Surgical Head Lamps & Headlamps | 750.00 |
| 5. |  | Coffee Maker | 20.00 |
| 6. |  | (5) Guest Chairs | 150.00 |
| 6a. |  | Chest Deep Freeze | 125.00 |
| 7. | Administrator's Office | Executive Desk | 125.00 |
| 8. |  | Executive Office Chair | 40.00 |
| 9. |  | Brother Printer | 40.00 |
| 10. |  | (2) Guest Chairs | 60.00 |
| 11. |  | Desktop Computer & Monitor | 100.00 |
| 12. | Operating Room 1 | All Equipment In Operating Room 1 | 35,000.00 |
| 13. | Operating Room 2 | All Equipment In Operating Room 2 | 35,000.00 |
| 14. | Operating Room 3 | All Equipment In Operating Room 2 | 35,000.00 |
| 15. | Hallway | Stryker Tourniquet Machine | 2,500.00 |
| 16. |  | Jackson Spine Table & Accessory Parts | 5,000.00 |
| 17. |  | Crash Cart | 250.00 |
| 18.. |  | Cast Cart & Supplies | 150.00 |
| 19. |  | Pain Cart & Supplies | 150.00 |
| 20. | Cleaning Room | Steris Autoclave | 10,000.00 |
| 21. |  | Steris Autoclave (Non-Working) | 100.00 |
| 22. |  | Steris Stage 3 Washer | 2,500.00 |

|  | Location | Description | Estimated Value |
|---|---|---|---|
| 23. | | Cavitator Ultrasonic Cleaner | 2,000.00 |
| 24. | | Assorted Medical Instruments | 10,000.00 |
| 25. | Hallway | Arthod Shot Positive | 1,500.00 |
| 26. | | (2) Wilson Frame | 1,000.00 |
| 27. | | Sonopet Ultrasonic | 2,000.00 |
| 28. | | Valley Lab Force 2 | 2,500.00 |
| 29. | | Welch/Allyn | 250.00 |
| 30. | Pre Op Area | (5) Hill Rom Hospital Beds | 2,500.00 |
| 31. | | (5) Pedico Hospital Beds | 2,500.00 |
| 32. | | (4) Multi-Function Monitors | 1,000.00 |
| 33. | | (4) Guest Chairs | 120.00 |
| 34. | | (4) Patient Over Bed Tables | 200.00 |
| 34. | Recovery Area Nursing Station | Desktop Computer & Monitor | 100.00 |
| 35. | | Lexmark XM 3150 Printer | 150.00 |
| 36. | | Office Chair | 40.00 |
| 37. | | Small Refrigerator | 20.00 |
| 38. | | Office Chair | 40.00 |
| 39. | | Vizio Monitor | 20.00 |
| 40. | Recovery Area | (6) Hospital Beds | 3,000.00 |
| 41. | | (6) Multi-Function Monitors | 1,500.00 |
| 42. | | (6) 3M Bair Hugger Patient Warmers | 2,400.00 |
| 43. | | (4) Patient Over-Tables | 200.00 |
| 44. | | (3) Upholstered Patient Recliner Chairs | 300.00 |
| 45. | | (3) Wheel Chairs | 150.00 |
| 46. | | Autoclave | 500.00 |
| 47. | | Steris Warmer (Amsco Warning Cabinet) | 1,500.00 |
| 48. | | Crash Cart | 500.00 |
| 49. | | Defibrillator | 150.00 |
| 50. | | Metro Flexling Cart | 150.00 |
| 51. | | Leica F40 Microscope | 2,500.00 |
| 52. | Clean Linen | Assorted Supplies | 1,000.00 |

| | Location | Description | Estimated Value |
|---|---|---|---|
| 53. | | Lab Corp Centrifuge | 125.00 |
| 54. | | Scotsman Ice Machine | 500.00 |
| 55. | | Frigidaire Refrigerator | 100.00 |
| 56. | Med Room | (9) Microsoft Surface Pro Computers | 900.00 |
| 57. | Anesthesia Room | Stimuplex HNS12 | 500.00 |
| 58. | | Glidescope Inhabator | 1,500.00 |
| 59. | Waiting Room | (8) Guest Chairs | 160.00 |
| 60. | | Panasonic Wall-Mounted Television | 100.00 |
| 61. | Reception Area | Lexmark Printer | 40.00 |
| 62. | | Epson Document Scanner | 75.00 |
| 63. | | (2) Desktop Computers & (2) Monitors | 200.00 |
| 64. | | Fujitsu Scan Snap Document Scanner | 75.00 |
| 65. | | (2) Office Chairs | 80.00 |
| 66. | Office Area | (5) Workstation (Work Surfaces) | 0.00 |
| 67. | | (5) Office Chairs | 200.00 |
| 68. | | (5) Desktop Computers & (5) Monitors | 500.00 |
| 69. | | (5) Document Scanners | 375.00 |
| 70. | | Ricoh Copier (Model MP9003) | 2,500.00 |
| 71. | | Lexmark Printer (Model XM1145) | 125.00 |
| 72. | Back Office Area | Lexmark Printer (Model XM3250) | 350.00 |
| 73. | | Samsung ProXpress (Model C2620DN) | 150.00 |
| 74. | | Dell Desktop Computer & Monitor | 100.00 |
| 75. | | (2) Office Chairs | 40.00 |
| 77. | | (2) Dell Desktop Computers & (2) Monitors | 200.00 |
| 78. | | Brother Printer (Model MFC8910DW) | 40.00 |
| 79. | | (2) Lateral Filing Cabinets | 75.00 |
| 80. | | (1) Letter Filing Cabinet | 25.00 |
| 81. | Authorization Area | (2) Work Stations | 0.00 |
| 82. | | (2) Office Chairs | 80.00 |
| 83. | | (4) Dell Desktop Computers & (4) Monitors | 400.00 |
| 84. | | (3) Document Scanners | 225.00 |
| 85. | | Lexmark Printer (Model XM3250) | 350.00 |

| | Location | Description | Estimated Value |
|---|---|---|---|
| 86. | | 3-Drawer Lateral Filing Cabinet | 50.00 |
| 87. | | 4-Drawer Letter Filing Cabinet | 60.00 |
| 88. | Administrative Office | 4-Drawer Letter Filing Cabinet | 50.00 |
| 89. | | (2) Office Chairs | 80.00 |
| 90. | | Lexmark Printer | 40.00 |
| 91. | Server Closet | (2) Dell Optiplex 7010 Computers | 700.00 |
| 92. | | Dell Optiplex 7020 Computer | 500.00 |
| 93. | | Dell Optiplex 7010 Computer | 500.00 |
| 94. | | Cyber Power Battery Backup | 50.00 |
| 95. | | (3) Monitors | 30.00 |
| 96. | Medical Side Waiting Room | (26) Guest Chairs | 780.00 |
| 97. | | Sanyo Wall-Mounted Television | 50.00 |
| 98. | Exam Room 1 | (2) Guest Chairs | 30.00 |
| 99. | | Doctor's Examination Table | 250.00 |
| 100. | | Dell Desktop Computer & Monitor | 100.00 |
| 101. | | Americomp X-Ray Machine | 7,500.00 |
| 102. | Exam Room 2 | Doctor's Examination Table | 250.00 |
| 103. | | (2) Guest Chairs | 30.00 |
| 104. | | Doctor's Chair | 40.00 |
| 105. | | Detecto Scale | 125.00 |
| 106. | | Dell Vostro Desktop Computer & Monitor | 100.00 |
| 107. | Nurses Station | (2) Desktop Computers & (2) Monitors | 200.00 |
| 108. | | (2) Guest Chairs | 30.00 |
| 109. | | Document Scanner | 75.00 |
| 110. | Exam Room 3 | Doctor's Examination Table | 250.00 |
| 111. | | Dell Desktop Computer & Monitor | 100.00 |
| 112. | | Doctor's Stool | 25.00 |
| 113. | | (2) Guest Chairs | 30.00 |
| 114. | Exam Room 4 | Doctor's Examination Table | 250.00 |
| 115. | | (3) Guest Chairs | 45.00 |
| 116. | | Doctor's Chair | 30.00 |

|  | Location | Description | Estimated Value |
|---|---|---|---|
| 117. |  | (2) Dell Laptop Computers | 200.00 |
| 118. | Exam Room 5 | Doctor's Examination Table | 250.00 |
| 119. |  | (2) Guest Chairs | 30.00 |
| 120. |  | (2) Doctor's Stools | 50.00 |
| 121. |  | Dell Desktop Computer & Monitor | 100.00 |
| 122. | Exam Room 6 | Doctor's Examination Table | 250.00 |
| 123. |  | (2) Guest Chairs | 60.00 |
| 124. |  | Dell Desktop Computer & Monitor | 100.00 |
| 125. | Doctor's Office 1 | Glasstop Computer Desk | 150.00 |
| 126. |  | Office Chair | 40.00 |
| 127. |  | Dell Desktop Computer & (2) Monitors | 100.00 |
| 128. |  | 2-Door Supply Cabinet | 50.00 |
| 129. |  | (4) Cast Cutters With Vacuums | 500.00 |
| 130. |  | (3) Dell Desktop Computers | 300.00 |
| 131. | Doctor's Office 2 | Double Pedestal Desk | 75.00 |
| 132. |  | Glasstop Computer Desk | 150.00 |
| 133. |  | (2) Office Chairs | 80.00 |
| 134. |  | (2) Dell Desktop Computers & (3) Monitors | 200.00 |
| 135. |  | Emerson Microwave Oven | 20.00 |
| 137. |  | Haier Executive Refrigerator | 30.00 |
| 138. |  | Lexmark Printer (Model XM3150) | 150.00 |
| 139. | Doctor's Office 3 | (3) Office Chairs | 120.00 |
| 140. |  | (3) Dell Desktop Computers | 300.00 |
| 141. |  | Lexmark Printer (Model XM3150) | 150.00 |
| 142. |  | Arthrex Spinner | 100.00 |
| 143. |  | Floor Safe | 75.00 |
| 144. |  | Xerox Documate 3125 Scanner | 75.00 |
| 145. |  | Document Scanner | 75.00 |
| 146. | Large Work Area | (12) Work Stations | 0.00 |
| 147. |  | (12) Dell Desktop Computers & (12 Monitors) | 1,200.00 |
| 148. |  | (9) Office Chairs | 360.00 |

|       | Location | Description | Estimated Value |
|-------|----------|-------------|-----------------|
| 149.  |          | (6) Document Scanners | 450.00 |
| 150.  |          | Lexmark Printer (Model XM1145) | 250.00 |
| 151.  |          | Lexmark Printer (Model XM7270) | 500.00 |
| 152.  |          | Lexmark Printer (Model 3150) | 150.00 |
| 153.  |          | Lexmark Printer (Model 1145) | 125.00 |
| 154.  | Back Office | Dell Desktop Computer & Monitor | 100.00 |
| 155.  |          | Small Refrigerator | 35.00 |
| 156.  |          | Document Scanner | 75.00 |
| 157.  |          | Office Chair | 40.00 |
| 158.  |          | Guest Chair | 40.00 |
| 159.  | Employee Kitchen | Dining Table | 25.00 |
| 160.  |          | (6) Chairs | 90.00 |
| 161.  |          | Coffee Maker | 15.00 |
| 162.  |          | Small Oven | 15.00 |
| 163.  |          | Microwave Oven | 20.00 |
| 164.  |          | Whirlpool 2-Door Refrigerator | 175.00 |
| 165.  |          | MAXX 2-Door Commercial Refrigerator | 1,250.00 |
| Total |          |             | $252,385.00 |

George Richards
President
National Auction Company, Inc.
January 23, 2020

# SECTION THREE
## Photographs
## Surgical Center
## Office Furnishings, Fixtures & Equipment

Central Palm Beach Surgery Center, LTD



Nursing Station



Nursing Station



Nursing Station



Nursing Station

Surgical Center • January 21, 2020



Nursing Station



Nursing Station



Nursing Station



Nursing Station

Surgical Center • January 21,2020



Administrator's Office



Administrator's Office



Exam Room



Exam Room

Surgical Center • January 21,2020



Operating Room 1



Operating Room 1



Operating Room 1



Operating Room 1

Surgical Center  • January 21,2020

Central Palm Beach Surgery Center, LTD



Operating Room 1



Operating Room 1



Operating Room 1



Operating Room 1

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Operating Room 1



Operating Room 1



Operating Room 1



Operating Room 1

Surgical Center • January 21, 2020





Operating Room 1                     Operating Room 1



Operating Room 2



Operating Room 2



Operating Room 2



Operating Room 2

Surgical Center • January 21,2020



Operating Room 2



Operating Room 2



Operating Room 2



Operating Room 2

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Operating Room 2



Operating Room 2



Operating Room 2



Operating Room 2

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD




Operating Room 2



Operating Room 2

Central Palm Beach Surgery Center, LTD



Outside Of Operating Rooms
Hallway



Outside Of Operating Rooms
Hallway



Outside Of Operating Rooms
Hallway



Outside Of Operating Rooms
Hallway

Surgical Center • January 21,2020



Outside Of Operating Rooms
Hallway



Outside Of Operating Rooms
Hallway



Outside Of Operating Rooms
Hallway

Surgical Center • January 21,2020



Operating Room 3



Operating Room 3



Operating Room 3



Operating Room 3

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Operating Room 3



Operating Room 3



Operating Room 3



Operating Room 3

Surgical Center • January 21,2020



Operating Room 3



Operating Room 3



Operating Room 3



Operating Room 3

Surgical Center • January 21, 2020

Central Palm Beach Surgery Center, LTD



Operating Room 3



Operating Room 3



Operating Room 3

Surgical Center • January 21,2020



Sterile Supply Room



Sterile Supply Room



Sterile Supply Room



Sterile Supply Room

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Instrument Cleaning Room



Instrument Cleaning Room



Instrument Cleaning Room



Instrument Cleaning Room

Surgical Center • January 21,2020



Instrument Cleaning Room



Instrument Cleaning Room



Instrument Cleaning Room



Instrument Cleaning Room

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Recovery Room



Recovery Room



Recovery Room
Nurses Station



Recovery Room
Nurses Station

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Recovery Room



Recovery Room



Recovery Room



Recovery Room

Surgical Center • January 21, 2020

Central Palm Beach Surgery Center, LTD



Recovery Room



Recovery Room



Recovery Room



Recovery Room

Surgical Center • January 21, 2020

Central Palm Beach Surgery Center, LTD



Recovery Room



Clean Linen Room



Clean Linen Room



Patient Recovery Area



Patient Recovery Area

Surgical Center • January 21,2020



Patient Recovery Area



Patient Recovery Area



Patient Recovery Area



Patient Recovery Area

Surgical Center • January 21, 2020

Central Palm Beach Surgery Center, LTD



Medication Room



Medication Room



Medication Room

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Anesthesia Work Room



Anesthesia Work Room



Anesthesia Work Room



Anesthesia Work Room

Surgical Center • January 21, 2020

Central Palm Beach Surgery Center, LTD



Patient Waiting Room



Patient Waiting Room



Patient Waiting Room



Patient Waiting Room

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Reception Area



Reception Area



Reception Area



Reception Area

Surgical Center • January 21,2020



Reception Area



Reception Area



Reception Area



Reception Area

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Reception Area



Reception Area



Reception Area



Reception Area

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Back Office Work Area



Back Office Work Area



Back Office Work Area



Back Office Work Area

Surgical Center • January 21,2020



Back Office Work Area



Back Office Work Area



Back Office Work Area



Back Office Work Area

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Computer Server Closet



Computer Server Closet

Surgical Center • January 21,2020



Patient Waiting Room



Patient Waiting Room



Patient Waiting Room

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



X-Ray Room



X-Ray Room



X-Ray Room



X-Ray Room

Surgical Center • January 21,2020



X-Ray Room



X-Ray Room



Exam Room



Exam Room



Exam Room



Exam Room

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Exam Room



Exam Room



Exam Room



Exam Room

Surgical Center • January 21,2020



Exam Room



Exam Room



Exam Room

Surgical Center • January 21,2020



Exam Room



Exam Room



Doctor's Office



Doctor's Office



Doctor's Office



Doctor's Office

Surgical Center • January 21,2020



Doctor's Office



Doctor's Office



Doctor's Office

Surgical Center • January 21,2020



Employee Work Area



Employee Work Area



Employee Work Area



Employee Work Area

Surgical Center • January 21, 2020



Employee Work Area



Employee Work Area



Employee Work Area



Employee Work Area

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Employee Work Area



Employee Work Area



Employee Work Area



Employee Work Area

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Employee Work Area



Employee Work Area



Storage Area



Storage Area

Surgical Center • January 21,2020

Central Palm Beach Surgery Center, LTD



Employee Lunch Room



Employee Lunch Room



Employee Lunch Room



Employee Lunch Room

Surgical Center • January 21,2020

# SECTION FOUR
## Statement of Limiting Conditions

# STATEMENT OF LIMITING CONDITIONS

The following statements are made regarding information included in this report:

1. Statements included are true and correct to the best of the Evaluator's knowledge and belief. The purpose of the information provided in this report is estimating the Fair Market Value of the items included within it. For the purpose of this report, it is assumed the majority of the assets are owned free and clear of liens and not subject to claims by secured creditors who have filed UCC1 Financing Statement, While it is possible all or some of these assets are encumbered by liens, the Evaluator is not aware of specific details. From information provided during the on-site visit, it was determined some of the assets are not owned by MyPhoto.com but are leased. Items that were identified as leased, while included in the report, estimated values have not been stated. From the purpose of this report, it is not known if there are agreements with Lessors that allow the equipment to be purchased at the end of various leases.

2. Definition of Fair Market Value
Fair Market Value is an opinion of the amount at which used property could be sold for when offered in a competitive and open market under terms of sale deemed to be fair to both buyer and seller. In this type of sale, neither party is under compulsion to buy or sell nor is there any urgency to act.

3. Definition of Liquidation Value
The definition of Liquidation Value is the amount at which used property could be sold for in a forced sale which would be typical to an auction. This type of sale could have been brought about by financial constraints wherein the seller lacks control of the form of sale or final prices. In this type of sale, the seller is typically under compulsion to sell/liquidate in a relatively short period of time. In this type of sale, it is likely other conclusions would be taken into consideration such a physical location, difficulty to remove items being offered, physical condition of the offered assets, adaptability, marketability, condition, specialization or appeal.

3. The information included in this report is the opinion of the Evaluator and based upon past experience when offering and selling similar items at auctions. It is designed to be used as a guide to the likely value of these assets. Conclusions are limited by assumptions and conditions reflecting personal and unbiased opinions of the Evaluator. In addition to past experience with this type of asset, the Evaluator reached out to others who routinely offer and sell this type of equipment and machinery. In certain cases, a search was made for similar items currently being offered on internet sites such as E-Bay and others. An effort was made to obtain estimated values from conducting market research for similar items listed for sale on electronic websites but it must be noted making comparisons is made difficult because all items are not similar and most of the medical machinery and equipment are highly specialized.

4. The items included in this report were shown to the Evaluator on January 21, 2020 and are located at Central Palm Beach Surgery Center, 2047 Palm Beach Lakes Boulevard, West Palm Beach, Florida 33409.

5. As the inventory and photographs included with this report illustrate, the items consist of an assortment of medical related equipment used in connection with an out-patient surgery center. There are office machines, furniture and fixtures used in administering this practice.

6. With regard to office equipment, fixtures and furnishings, estimated values stated are based upon experience when offering and selling similar assets at auctions.
    a. The office furniture appears to be in good condition but recent experience indicates the demand for used office furniture is very limited. Most of the furniture at this location is well suited for use with computers which is an advantage over older furniture which often makes adapting it to computers, printers and scanners challenging. Some of the work areas have built-in work surfaces which would be difficult to move to other premises and would

1

normally be considered as part of the real estate or leased premises. While the furniture and fixtures appear to be well cared for, most is nearing the time when replacement will be necessary.

    b. The company's operations depend upon computers and software. Estimated values stated result from experience when offering similar items at auctions. Experience reflects most computer equipment actually becomes obsolete within months of being placed into service because of changes in technology. In addition, changes in software licensing agreements makes it more difficult to update computers for resale purposes. Another important impact on the used computer market is the fact many major computer manufacturers offer pricing which makes it more feasible to purchase new equipment rather than attempting to upgrade existing computers. That has affected the used computer market and estimated values set forth in this report reflect prices typically paid at auctions. If computers, desktops, towers and laptops were to be offered for sale, each would be stripped of all data, specialized software and only be left with a license for an operating system. An operating system would be left on hard drives depending upon license agreements.

    c. There are many printers included in this report such as those manufactured by Xerox, Lexmark and Ricoh. The larger machines are used as network printers. Many require significant service by technicians and are often covered by service agreements. Keeping these machines operating without service agreements can be a very costly which often affects prices bidders will pay for them at auction. Estimated values result from experience when offering similar printers at auctions. Because of costs associated with repairing printers, most companies replace them when there are service problems. This is also the case with document scanners which are often difficult and expensive to repair.

7. The primary business of Central Palm Beach Surgery Center is that of providing health care services. To that end there are three complete operating rooms that include highly technical equipment, medical instruments and devices designed for use by surgeons. While the facilities, machinery and equipment appear to be in excellent condition, it is noted some are nearing the time when replacement with newer and more advanced equipment will be required.

    a. The Evaluator has offered and sold similar medical operating room equipment including X-Ray machines on several occasions. This experience provided insight into prices used equipment dealers are typically willing to pay. One of the difficulties for used equipment dealers are costs to physically remove and transport items purchased. Most medical equipment has to be taken to a licensed facility for overhaul, maintenance, replacement of critical parts. In addition, most of the larger pieces of equipment such as X-Ray machines are licensed and require inspection before being resold and reinstalled. In preparing this report, those factors were taken into consideration.

    b. Some of the medical equipment is likely out of date from the standpoint there is more efficient items now being offered. Past experience also indicates there is market for used medical equipment in other countries where it is usually in critical need. One of the major factors in selling to those who would export is that prices they typically are willing to pay reflect costs associated with moving the equipment from the present facility and then transporting it to another country.

    c. Another factor taken into consideration is that removal of X-Ray equipment is often difficult as the machinery must be taken apart. It is important as this process takes place that the person doing the work understands he machine, knows how to take it apart and how to put it back together. Most bidders who would purchase this type of medical equipment would contract with licensed technicians which factors into the estimated value of the medical devises.

d. As part of the surgical center, there is a Pre-Op and Post-Op area where patients are prepared for surgery and after their procedures are readied for release. Both areas have equipment and fixtures that appear to have been in service for an extended period of time. That does not mean these items have no estimated value, however, through continued use, their value is diminished. Past auction experience indicates, for example, when used hospital beds and over bed tables are offered, there is a very limited market. Used equipment dealers typically purchase knowing items will require refurbishment.

e. There is also a portion of the building with doctor exam rooms. The furniture and equipment in these areas appears to be in serviceable condition, however, most of it is older. For example, doctor's examination tables lack the technology of newer facilities. That does not make the tables less useable but it affects their estimated value.

8   It is important to note the estimates of value stated in this report, assume the assets are going to be sold. While there are many possible forms of sale, it would be typical for them to be included in a publically advertised auction sale. The estimated value stated does not take into account costs of moving, removal or storage. It is not known if an auction were ordered whether or not the assets could be sold in place. If it became necessary to move the assets to another location, the estimated value would be greatly diminished. As noted earlier in the report, moving hospital and surgical equipment is a specialty that requires people who know how it should be handled.

9.   Estimated values do not take into consideration costs generally associated with an auction such as advertising or commissions customarily charged by an auction company. Based upon past experience, once expenses are taken are considered, the estimated net value of the items would likely be reduced from that stated in this report. Any such costs would be known in advance of the auction sale.

10.   The Evaluator has no present or prospective interest in any of the items included in this report and has no personal interest or bias with respect to the parties involved. In addition, the Evaluator has no interest in these assets or claims against any of the parties and thus meets the definition of a disinterested party.

11.   Compensation of the Evaluator is not contingent on any action or event resulting from the opinions or conclusions reached and stated in this report.

12.   This report was made following a personal inspection made on January 21, 2020 at which time the photographs were taken. On the date these photographs were taken, there were employees present and operations taking place. Every effort was made to include all assets but is it possible a small number could have been unintentionally omitted.

13.   As the report reflects, the three surgical operating rooms have estimated values that are based on a bulk basis. Attempting to itemize each individual piece of equipment and/or related attachments would be very difficult. For the purpose of this report, it is not known the current status of service agreements on major items or scheduled service that might be pending.

14.   For the purpose of this report, it is assumed the assets would remain in the same condition as observed on the date of the inspection. It is further assumed, if an auction or similar sale were to be conducted to liquidate these assets, advertising and marketing would be done in advance of the scheduled event date so that interested prospective bidders could be attracted.

15.   Opinions expressed in this report are not intended to be legal conclusions that would require expertise beyond the scope of the Evaluator.

16.   Photographs included in this report are intended to illustrate the condition of the items as observed on January 21, 2020.

17.   No legal opinion or conclusions are made by or through this report regarding actual ownership but it is assumed these items are owned by Central Palm Beach Surgical Center. During the time information was being gathered for this report, it was noted some of the equipment may not be owned by Central Palm Beach Surgical but

possible some of the assets are subject to leasing agreements with attached service agreements.
18. The giving of testimony or attendance in Court resulting from provision of this report will not be required unless arrangements are made and agreed to by the Evaluator.
19. In the event the Evaluator is subpoenaed to testify in any form of legal proceedings relative to the content of this report or opinions stated, any such appearance could require an additional fee.
20. For the purpose of this report, no representation is made regarding past or future value. Market conditions constantly change which could make it necessary to have the items re-evaluated. This report represents the best judgment of the Evaluator but should not be taken as a guarantee that these items would bring their stated estimated values if offered for sale through an auction or similar venue.
21. The contents of this report will not be conveyed to the public through advertising, public relations, news, sales or other media with prior written consent.

National Auction Company, Inc.

By:

George Richards
President
January 24, 2020

SECTION FIVE
Resume
George Richards

### George L. Richards

## *National Auction Company*
- Founder (1990 - Present)
- President & Principal Auctioneer (AU899)
- Qualifying Real Estate Broker for National Auction Company
- Qualifying Auctioneer for Auction Business License (AB640)
- Conducts Approximately 100 Real Estate & Personal Property Auctions Annually
- Prepares Approximately 175 Personal Property Evaluation Reports Annually
- Auction Management United States Bankruptcy Court Trustees • Southern District of Florida

## *Partial Client List*
- First Union National Bank of Florida
- Wachovia Bank, N.A., Orlando, Florida
- Sun Trust Bank, Orlando, Florida
- United States District Court - Southern District of Florida
- Resolution Trust Corporation Atlanta Sales Center (RTC)
- Federal Deposit Insurance Corporation (FDIC)
- State of Pennsylvania Department of Insurance (Liquidations)
- City of Jacksonville, Real Estate Department, Jacksonville, Florida
- Jacksonville Electric Authority (JEA)
- City of Delray Beach, Florida
- City of Fort Pierce, Florida
- City of Aventura, Florida
- City of Pompano Beach
- Broward County Board of County Commissioners • Fleet Services Division
- Broward County Board of County Commissioners • Airport Authority
- Broward County Department of Revenue
- The State of Florida, Department of Financial Services, Division of Rehabilitation & Liquidation
- Harbor Federal Savings Bank (National City Bank)
- Bank Atlantic (BB&T)
- CitiBank, FSB
- U.S. Bankruptcy Court Trustees • Southern & Middle  District of Florida
- Cumberland Farms, Inc.
- Cleveland Clinic Florida
- American General Finance
- Miami-Dade County Public Schools
- The School Board of Broward County
- Various Developers, Corporations & Individuals
- Host Marriott Grubb & Ellis Management Services, Inc.
- The United States Marshals Service • District of Connecticut
- The Department of the Treasury, Internal Revenue Service • Criminal Investigation Unit
- United States Attorneys Office • Southern District of Florida
- GMAC Commercial Finance
- Various Commercial Attorneys (Bankruptcy & General Litigation)

- Real Estate Broker • State of Florida (Originally Licensed 1985)
- Auctioneer • State of Florida (AU899 • Originally Licensed 1988)
- Auction Business License • State of Florida (AB640 • Originally Licensed 1989)

## Professional Experience
National Auction Company
- President & Founder 1990-Present
- Negotiated & Conducted Real Estate & Personal Property Auctions in 25 States
- Principal Auctioneer
- Real Estate Broker of Record
- Real & Personal Property Evaluations
- Certified as Professional Witness in U.S. Bankruptcy Court
- Real Estate Property Management & Sales
- Auction Site Asset & Property Management
- Asset Evaluation Reports - Assignment For Benefit of Creditors

Auction Company of America
- Executive Vice President 1985-1989
- Negotiated & Conducted Auctions in 30 states

Commercial Banking  (1967-1984)
- Various South Florida Based Commercial Banks
- Commercial, Real Estate, Construction & Instalment Lending, Special Assets, Real  Estate Owned, Negotiated Work-Outs & Branch Management

## Education
- Gold Coast School of Real Estate - Real Estate Broker
- Bert Rodgers School of Real Estate -Required Bi-Annual Continuing Education
- American Institute of Banking - Various Certificates
- Miami Dade Community College - AA Business Administration (1969)
- North Miami Senior High School (1967)

## Professional Associations
- Florida Auctioneer's Association • President (1992-1993)
- Florida Auctioneer's Association • Board of Directors (1987-1994)
- National Auctioneer's Association (1989-2012)
- Florida Auctioneer Academy, Orlando, Florida - Instructor (1989-2011)
- Florida Auctioneer Academy, Port St. Lucie, Florida - Instructor (2019-Present)
- Auction World Magazine • Contributing Columnist (1990-2005)
- Guest Speaker • Florida Association of Realtors Convention 2001
- Guest Speaker • Florida Auctioneer Association Conventions (1989, 1990, 1993 & 1995)
- Formerly Licensed Auctioneer (Georgia, Pennsylvania, North Carolina)
- Formerly Licensed Real Estate Broker (Nebraska)

## United States Bankruptcy Court Experience
Southern District of Florida
Panel Trustees (Auctions, Asset Evaluation & Auction Management)
- Mr. Robert Furr          (561) 395-0500
- Ms. Sonya S. Slott        (954) 423-4469
- Mr. Les S. Osborne        (561) 368-2200
- Mr. Chad Paiva           (561) 227-2370
- Mr. Marc Barmat          (561) 395-0500

**Fill in this information to identify the case:**

Debtor name    **Central Palm Beach Surgery Center LTD.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

**2.1    General Electric Capital Corporation**
Creditor's Name

**10 Riverview Drive**
**1st Floor**
**Danbury, CT 06810**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number    7880**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**One (1) GE Healthcare OEC 9900 Elite Digital Mobile Super C-Arm GSP System together with accesories.**

**Describe the lien**
**UCC 1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $48,300.00 | Unknown |

**2.2    M&T Bank**
Creditor's Name

**One M&T Plaza**
**Buffalo, NY 14203**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number    4042**

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
**See Attached Appraisal - The appraisal includes machinary, furniture,supplies, and equipment.**

**Describe the lien**
**UCC 1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $915,045.78 | $252,385.00 |

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 4

Debtor    **Central Palm Beach Surgery Center LTD.**

Name

Case number (if know)

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. M&T Bank**
**2. M&T Bank**
**3. M&T Bank**

---

| 2.3 | **M&T Bank** | Describe debtor's property that is subject to a lien | $168,204.56 | $252,385.00 |
|---|---|---|---|---|

Creditor's Name

**See Attached Appraisal - The appraisal includes machinary, furniture,supplies, and equipment.**

**One M&T Plaza**
**Buffalo, NY 14203**

Creditor's mailing address

Describe the lien
**UCC 1**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**4067**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.4 | **M&T Bank** | Describe debtor's property that is subject to a lien | $150,021.61 | $252,385.00 |
|---|---|---|---|---|

Creditor's Name

**See Attached Appraisal - The appraisal includes machinary, furniture,supplies, and equipment.**

**One M&T Plaza**
**Buffalo, NY 14203**

Creditor's mailing address

Describe the lien
**Equipment loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**4034**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.5 | **Stryker Finance** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**All equipment, software and other personal property and accessories.**

**950 Trade Contre Way**
**Suite 200**
**Portage, MI 49002**

Creditor's mailing address

Describe the lien
**UCC - Equipment Loan**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

Debtor    **Central Palm Beach Surgery Center LTD.**                         Case number *(if know)* _____
_____
Name

_____          **Is the creditor an insider or related party?**
Creditor's email address, if known               ■ No
                                                 ☐ Yes
                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**                       ☐ No
                                                 ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4416**
**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its                 ☐ Disputed
relative priority.

---

| 2.6 | **Stryker Sales Corporation** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**1901 Romence Road**
**parkway**                                     **Various equipment**
**Portage, MI 49002**
Creditor's mailing address

                                                **Describe the lien**
                                                **UCC1 - Equipment Loan**
_____             **Is the creditor an insider or related party?**
Creditor's email address, if known              ■ No
                                                 ☐ Yes
                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**                       ☐ No
                                                 ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0929**
**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.

---

| 2.7 | **Stryker Sales Corporation** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**1901 Romence Road**
**parkway**                                     **Various equipment**
**Portage, MI 49002**
Creditor's mailing address

                                                **Describe the lien**
                                                **UCC1**
_____             **Is the creditor an insider or related party?**
Creditor's email address, if known              ■ No
                                                 ☐ Yes
                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**                       ☐ No
                                                 ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2922**
**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Debtor   **Central Palm Beach Surgery Center LTD.**                         Case number (if know) _____
         Name

| 2.8 | **TIAA Commercial Finance** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**10 Waterview Blvd
Parsippany, NJ 07054**

Creditor's mailing address

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4530**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,281,571.95

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **M&T**<br>**2000 PGA Blvd #4400**<br>**North Palm Beach, FL 33408** | Line  2.2 | |
| **M&T**<br>**2000 PGA Blvd #4400**<br>**North Palm Beach, FL 33408** | Line  2.3 | |
| **Stryker**<br>**6201 Sprinkle Road**<br>**Portage, MI 49002** | Line  2.5 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify the case:**

Debtor name **Central Palm Beach Surgery Center LTD.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | | | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Central Palm Beach Surgery Center LTD.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Palm Beach County Tax Collector**
**P.O. Box 3715**
**West Palm Beach, FL 33402-3715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **Notice Only**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,022,000.00 |
|---|---|---|---|

**2047 Palm Beach Lakes Partners, LLC**
**2047 Palm Beach Lakes Blvd**
**West Palm Beach, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **promissory note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,812.96 |
|---|---|---|---|

**Acumed LLC**
**7995 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/2019**

Basis for the claim:  **medical device manufacturer**

Last 4 digits of account number  **8736**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,123.59 |
|---|---|---|---|

**Aesculap**
**P.O. Box 780426**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/6/2019**

Basis for the claim:  **medical equipment**

Last 4 digits of account number  **3061**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,025.00 |
|---|---|---|---|

**Alamo Tissue Service**
**P.O. Box 691433**
**San Antonio, TX 78269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/21/2018**

Basis for the claim:  **tissue donation services**

Last 4 digits of account number  **5685**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.36 |
|---|---|---|---|

**Alimed, Inc.**
**P.O. Box 9135**
**Dedham, MA 02027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/21/19**

Basis for the claim:  **medilcal supplies**

Last 4 digits of account number  **6294**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Central Palm Beach Surgery Center LTD.**                     Case number (if known) _____
_____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$540.00** |

**3.6** Nonpriority creditor's name and mailing address

**Allscripts Healthcare, LLC**
**24630 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __
Last 4 digits of account number __9697__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __records services__

Is the claim subject to offset? ☒ No  ☐ Yes

**$540.00**

---

**3.7** Nonpriority creditor's name and mailing address

**American Health Lawyers Association**
**1620 Eye Street NW 6th Floor**
**Washington, DC 20006**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __charges for arbitration__

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.8** Nonpriority creditor's name and mailing address

**Americas Office Source**
**706 Turnbull Ave Suite 305**
**Altamonte Springs, FL 32701**

Date(s) debt was incurred __
Last 4 digits of account number __3054__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __office supplies__

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,298.38**

---

**3.9** Nonpriority creditor's name and mailing address

**Americorp Financial LLC**
**877 South Adams Road**
**Birmingham, MI 48009**

Date(s) debt was incurred __
Last 4 digits of account number __6085__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __equipment services__

Is the claim subject to offset? ☒ No  ☐ Yes

**$34.06**

---

**3.10** Nonpriority creditor's name and mailing address

**Amminox Medical, Inc.**
**7300 Corporate Center Drive Ste 700**
**Miami, FL 33126**

Date(s) debt was incurred __8/23/18__
Last 4 digits of account number __5616__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __medical services__

Is the claim subject to offset? ☒ No  ☐ Yes

**$600.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Anazao Health Corporation**
**Attn Finance Dept**
**5710 Hoover Blvd**
**Tampa, FL 33634**

Date(s) debt was incurred __
Last 4 digits of account number __3749__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __pharmaceutical services__

Is the claim subject to offset? ☒ No  ☐ Yes

**$826.00**

---

**3.12** Nonpriority creditor's name and mailing address

**Answer All**
**415 US Highway 1 Suite G**
**West Palm Beach, FL 33403**

Date(s) debt was incurred __
Last 4 digits of account number __7425__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __telephone answering service__

Is the claim subject to offset? ☒ No  ☐ Yes

**$180.00**

Debtor  **Central Palm Beach Surgery Center LTD.**                      Case number *(if known)*  _____
         _____
         Name

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,457.53 |
|---|---|---|---|

**Arthex Inc.**
**P.O. Box 403511**
**West Palm Beach, FL 33403**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/26/2019**
Basis for the claim:  **medical device supplier**

Last 4 digits of account number  **4210**
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,050.00 |

**Atlas Spine**
**1555 Jupiter Park Drive Ste 4**
**Jupiter, FL 33458**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____
Basis for the claim:  **medical equipment service**

Last 4 digits of account number  **8564**
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $816.67 |

**Avanos Medical Sales, LLC**
**P.O. Box 732583**
**Dallas, TX 75373**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/19**
Basis for the claim:  **medical services**

Last 4 digits of account number  **9992**
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,475.30 |

**Baxter Healthcare Corp**
**P.O. Box 70564**
**Chicago, IL 60673**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____
Basis for the claim:  **medical equipment**

Last 4 digits of account number  **8484**
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,117.80 |

**BioDlogics, LLC**
**PO Box 372  Dep 360**
**Memphis, TN 38101**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____
Basis for the claim:  **organ and tissue bank**

Last 4 digits of account number  **2153**
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $482,318.12 |

**Biomet**
**14235 Collections Center**
**Chicago, IL 60693**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____
Basis for the claim:  **medical device manufacturer**

Last 4 digits of account number  **8240**
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,775.00 |

**Black Diamond Medical Inc.**
**650 N Wymore Road Ste 102**
**Winter Park, FL 32789**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____
Basis for the claim:  **medical equipment services**

Last 4 digits of account number  **0182**
Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number *(if known)* _____
           Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,207.00 |
|---|---|---|---|

**3.20** Nonpriority creditor's name and mailing address

**Boston Scientific**
**300 Boston Scientific Way**
**Marlborough, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number  **6982**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **medical services**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,207.00**

---

**3.21** Nonpriority creditor's name and mailing address

**Brian's Reliable Transport**
**PO Box 221093**
**West Palm Beach, FL 33422**

Date(s) debt was incurred  **11/26/19**

Last 4 digits of account number  **288**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **transportation service**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,422.50**

---

**3.22** Nonpriority creditor's name and mailing address

**Brookfield Pharmacy & Medical**
**PO Box 801**
**Brookfield, CT 06804**

Date(s) debt was incurred _

Last 4 digits of account number  **4587**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **medical equipment services**

Is the claim subject to offset? ☒ No ☐ Yes

**$6,066.73**

---

**3.23** Nonpriority creditor's name and mailing address

**Broward A&C Medical Supply, Inc.**
**1533 SW 1st Way Suite F19**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred  **9/25/19**

Last 4 digits of account number  **7149**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Industrial gas supplier**

Is the claim subject to offset? ☒ No ☐ Yes

**$660.00**

---

**3.24** Nonpriority creditor's name and mailing address

**Cayenne Medical, Inc.**
**Dept 2346 PO Box 122346**
**Dallas, TX 75312**

Date(s) debt was incurred  **2/20/17**

Last 4 digits of account number  **8172**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **sports medicine products**

Is the claim subject to offset? ☒ No ☐ Yes

**$889.00**

---

**3.25** Nonpriority creditor's name and mailing address

**Charles Ecklond**
**c/o The Seiden Law Firm**
**301 Clematis Street, Suite 201**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **0742**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **lawsuit**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.26** Nonpriority creditor's name and mailing address

**City of West Palm Beach - Police**
**P.O. Box 3366**
**West Palm Beach, FL 33402**

Date(s) debt was incurred  **11/27/19**

Last 4 digits of account number  **7925**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **police services**

Is the claim subject to offset? ☒ No ☐ Yes

**$100.00**

---

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number *(if known)* _____
_____
Name

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,730.00** |
|---|---|---|---|

**Clarus Medical, LLC**
**13355 10th Ave N. Suite 110**
**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/19**

Basis for the claim:  **medical device services**

Last 4 digits of account number  **3933**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$394.70** |
|---|---|---|---|

**ConMed Linvatec**
**P.O. Box 301231**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/19**

Basis for the claim:  **medical technology manufacturer**

Last 4 digits of account number  **9384**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,100.00** |
|---|---|---|---|

**Consensus Orthopedics**
**1115 Winfield Way**
**Ste 100**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/15**

Basis for the claim:  **medical equipment manufacturer**

Last 4 digits of account number  **9614**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$354.90** |
|---|---|---|---|

**Covidien**
**15 Hampshire Street**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/19**

Basis for the claim:  **medical device manufacturer**

Last 4 digits of account number  **6969**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,445.92** |
|---|---|---|---|

**DePuy Synthes Sales, Inc.**
**PO Box 8538-662**
**Philadelphia, PA 19171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/16**

Basis for the claim:  **orthopaedic products and services**

Last 4 digits of account number  **10RI**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,640.91** |
|---|---|---|---|

**Diverse Medical**
**82 Beckridge Road**
**McMinnville, TN 37110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/19**

Basis for the claim:  **medical consulting services**

Last 4 digits of account number  **8470**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,299.71** |
|---|---|---|---|

**DJO Surgical**
**PO Box 660126**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/17**

Basis for the claim:  **medical equipment services**

Last 4 digits of account number  **4243**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Central Palm Beach Surgery Center LTD.**                     Case number *(if known)* _____
_____
Name

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,815.00** |
|---|---|---|---|

**Eastern Anesthesia Service, Inc.**
**810 Saturn St**
**Jupiter, FL 33477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2019**

Basis for the claim:  **miscellaneous  services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00** |

**Evologics, LLC**
**4766 Research Drive**
**San Antonio, TX 78240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/28/19**

Basis for the claim:  **medical equipment supplier**

Last 4 digits of account number  **6746**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,455.00** |

**Extremity Medical, LLC**
**300 Interplace Pkwy #410**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **manufacturer of medical devices**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,564.38** |

**FirstPath LLC**
**3141 West McNab Rd**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/13/17**

Basis for the claim:  **medical laboratory**

Last 4 digits of account number  **3755**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,966.16** |

**Florida Surgical Specialties, LLC**
**106 Commerce St. Suite 108**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12/19**

Basis for the claim:  **medical equipment services**

Last 4 digits of account number  **2616**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,306.90** |

**Flower Orthopedics**
**100 Witmer Rd. Suite 280**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/18**

Basis for the claim:  **medical equipmen manufacturer**

Last 4 digits of account number  **8212**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,828.81** |

**GE Healthcare OEC**
**3000 N Grandview Blvd**
**Waukesha, WI 53188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/19**

Basis for the claim:  **medical equiment services**

Last 4 digits of account number  **6149**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Central Palm Beach Surgery Center LTD.**                        Case number *(if known)*
_____                           _____
Name

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,280.00** |
|---|---|---|---|

**General Plumbing**
**2001 7th Ave N**
**Lake Worth, FL 33461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/28/19**

**Basis for the claim:**  **plumbing services**

Last 4 digits of account number  **AC15**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Glenn J. Waldman, Arbitrator**
**Plaza 100, Suite 780**
**100 N.E. Third Ave**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

**Basis for the claim:**  **Arbitrator fees**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,425.00** |
|---|---|---|---|

**Globus Medical North America, Inc.**
**PO Box 203329**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14/19**

**Basis for the claim:**  **medical equipment manufacturer**

Last 4 digits of account number  **8199**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,657.68** |
|---|---|---|---|

**Henry Schein**
**P.O. Box 371952**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/27/19**

**Basis for the claim:**  **health care products and services**

Last 4 digits of account number  **5525**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**HT Medical**
**450 S. Orange Ave 3rd Floor**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/19**

**Basis for the claim:**  **medical device services**

Last 4 digits of account number  **T110**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,990.44** |
|---|---|---|---|

**Image First**
**900 East 8th Avenue**
**Suite 200**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/24/2020**

**Basis for the claim:**  **linen service**

Last 4 digits of account number  **1104**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,511.20** |
|---|---|---|---|

**Integra Lifesciences Sales, LLC**
**P.O. Box 404129**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/19**

**Basis for the claim:**  **surgical and medical instruments**

Last 4 digits of account number  **5840**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Central Palm Beach Surgery Center LTD.**                                  Case number *(if known)*
                  Name

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199.93** |
|---|---|---|---|

**IPFS Corporation**
**PO Box 412086**
**Kansas City, MO 64141**

Date(s) debt was incurred  **1/1/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **finance services industry for property & casualty, liability**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00** |
|---|---|---|---|

**ITS. USA**
**1778 Park Ave North**
**Maitland, FL 32751**

Date(s) debt was incurred  **8/10/16**

Last 4 digits of account number  **1613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **implants for trauma surgery**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,291,221.37** |
|---|---|---|---|

**JHCSMC Marketing**
**11412 Okeechobee Blvd**
**West Palm Beach, FL 33411**

Date(s) debt was incurred  _

Last 4 digits of account number  **7774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **all assets of the Debtor.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,800.00** |
|---|---|---|---|

**JK Healthcare Products, LLC**
**4300 South Ocean Blvd**
**Apt 1**
**Boca Raton, FL 33486**

Date(s) debt was incurred  **1/16/20**

Last 4 digits of account number  **1754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **miscellaneous services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Papa, D.C.**
**4971 Le Chalet Blvd**
**Boynton Beach, FL 33436**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **lawsuit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$876.75** |
|---|---|---|---|

**Johnson & Johnson Healthcare**
 **Systems Inc.**
**P.O. Box 406663**
**Atlanta, GA 30384**

Date(s) debt was incurred  **4/29/17**

Last 4 digits of account number  **4784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **provides account management, contracting, supply chain and business services.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,796.00** |
|---|---|---|---|

**Joint Restoration Foundation**
**P.O. Box 5843549**
**Kansas City, MO 64184**

Date(s) debt was incurred  _

Last 4 digits of account number  **8600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **cartilage solutions services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number *(if known)* _____
               Name

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JP Therapy Holdings II, LLC**
**4971 Le Chalet Blvd**
**Boynton Beach, FL 33436**

Date(s) debt was incurred _____

Last 4 digits of account number __3270__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
□ Disputed

Basis for the claim:  __Arbitration__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | | **$6,125.80** |

**K2M, Inc**
**751 Miller Dr. SE Suite F - 1**
**Leesburg, VA 20175**

Date(s) debt was incurred __2/29/16__

Last 4 digits of account number __9466__

As of the petition filing date, the claim is: *Check all that apply.*
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  __complex spine and minimally invasive solutions__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Katzman, Wasserman, Bennardini &**
**Rubinstein, P.A.**
**c/o Craig Rubinstein**
**7900 Glades Rd, Suite 140**
**Boca Raton, FL 33434**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
□ Contingent
□ Unliquidated
■ Disputed

Basis for the claim:  __legal fees__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | | **$353.10** |

**Landauer**
**2 Science Rd**
**Glenwood, IL 60425**

Date(s) debt was incurred __12/12/19__

Last 4 digits of account number __0074__

As of the petition filing date, the claim is: *Check all that apply.*
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  __environmental health service__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | | **$800.00** |

**Laser Surgical Florida, Inc.**
**900 Biscayne Blvd #2001**
**Miami, FL 33132**

Date(s) debt was incurred _____

Last 4 digits of account number __8438__

As of the petition filing date, the claim is: *Check all that apply.*
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  __medical and surgical instrument services__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | | **$29,300.00** |

**Life Spine, Inc.**
**P.O. Box 83050**
**Chicago, IL 60691**

Date(s) debt was incurred __7/25/19__

Last 4 digits of account number __7619__

As of the petition filing date, the claim is: *Check all that apply.*
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  __medical technology manufacturer__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | | **$2,550.00** |

**LifeNet Health**
**P.O. Box 79636**
**Baltimore, MD 21279**

Date(s) debt was incurred __6/30/16__

Last 4 digits of account number __5164__

As of the petition filing date, the claim is: *Check all that apply.*
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  __allograft bio-implants and organs for transplantation__
__services.__

Is the claim subject to offset? ■ No  □ Yes

---

| Debtor | **Central Palm Beach Surgery Center LTD.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,600.00** |
|---|---|---|---|

**Manatee Medical, Inc.**
**640  Coral Trace Blvd**
**Edgewater, FL 32132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/19**

Basis for the claim:  **medical equipment supplier**

Last 4 digits of account number  **6112**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,813.91** |
|---|---|---|---|

**Medline Industries, Inc.**
**Dept CH 14400**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/16**

Basis for the claim:  **medical services**

Last 4 digits of account number  **0072**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,554.26** |
|---|---|---|---|

**Medtronic USA Inc.**
**PO BOX 409201**
**Atlanta, GA 30384-9201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/19**

Basis for the claim:  **medical device services**

Last 4 digits of account number  **4832**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,385.34** |
|---|---|---|---|

**Milner**
**700 S Military Trail #700**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/27/19**

Basis for the claim:  **supplies**

Last 4 digits of account number  **5311**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$714.99** |
|---|---|---|---|

**Mindray DS USA, Inc.**
**24312 Network PL**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16/19**

Basis for the claim:  **medical equipment supplier**

Last 4 digits of account number  **7614**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,625.00** |
|---|---|---|---|

**Nutech Solutions for Life**
**P.O. Box 36639**
**Birmingham, AL 35236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/16**

Basis for the claim:  **distributor for medical and surgical products**

Last 4 digits of account number  **6125**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|

**NuVasive, Inc**
**50678**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/16**

Basis for the claim:  **medical device and procedure services**

Last 4 digits of account number  **4044**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Central Palm Beach Surgery Center LTD.**                                  Case number *(if known)* _____
      Name

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,695.00** |
|---|---|---|---|

**Osteomed, LP**
**3885 Arapaho Road**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/5/19_

**Basis for the claim:** _medical services_

**Last 4 digits of account number** _1536_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Paradigm Spine, LLC**
**505 Park Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _7/15/19_

**Basis for the claim:** _designs, develops, and markets medical devices._

**Last 4 digits of account number** _5150_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Personal Injury & Accident Law Center,**
**P.A.**
**c/o Brandon S. Labiner, Esq**
**5499 N Federal Hwy, Suite K**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _1/15/20_

**Basis for the claim:** _lawsuit_

**Last 4 digits of account number** _0963_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,385.63** |
|---|---|---|---|

**Priority Healthcare**
**P.O. Box 978510**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/21/19_

**Basis for the claim:** _medical services_

**Last 4 digits of account number** _5089_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338.79** |
|---|---|---|---|

**Pure Health Solutions Inc**
**P.O. Box 5066**
**Hartford, CT 06102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/5/19_

**Basis for the claim:** _manufactures and distributes beverage equipment and supplies._

**Last 4 digits of account number** _5804_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212,520.00** |
|---|---|---|---|

**S1 Spine LLC**
**P.O. Box 71207**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/30/19_

**Basis for the claim:** _medical services_

**Last 4 digits of account number** _5807_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,740.66** |
|---|---|---|---|

**SeaSpine Sales LLC**
**P.O. Box 207146**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/16/17_

**Basis for the claim:** _spinal technologies services_

**Last 4 digits of account number** _4866_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Central Palm Beach Surgery Center LTD.**                   Case number *(if known)*
_____                      _____
Name

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,325.79** |

**Shred - It USA**
**P.O. Box 13574**
**Newark, NJ 07188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/31/19__

**Last 4 digits of account number** __3610__

**Basis for the claim:** __shredding & document destruction services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,666.66** |

**SI-Bone**
**3055 Olin Ave Suite 2200**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __6/15/18__

**Last 4 digits of account number** __1518__

**Basis for the claim:** __manufacturer of surgical devices__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,850.00** |

**Sintea Plustek LLC**
**407 Lincoln Road #10I**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/11/18__

**Last 4 digits of account number** __2573__

**Basis for the claim:** __manufacturer of spine implants__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,901.51** |

**Smith & Nephew, Inc.**
**P.O. Box 205651**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __10/30/17__

**Last 4 digits of account number** __3412__

**Basis for the claim:** __medical services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,444.50** |

**SOFSCO**
**12675 S Indian River Dr**
**Jensen Beach, FL 34957**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __1/15/20__

**Last 4 digits of account number** __1659__

**Basis for the claim:** __medical equipment__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387.90** |

**SourceOne CVO, LLC**
**2440 Executive Dr. Ste 208**
**Saint Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/1/19__

**Last 4 digits of account number** __

**Basis for the claim:** __credential verification services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,251.60** |

**Specialty Care IOM Services LLC**
**Department 1614 P.O. Box 11407**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __8/16/19__

**Last 4 digits of account number** __4650__

**Basis for the claim:** __neuromonitoring services for spine surgery,__
__neurosurgery, interventional neuroradiology, cardiothoracic, and__
__otolaryngology surgery.__

Is the claim subject to offset? ☒ No ☐ Yes

Debtor **Central Palm Beach Surgery Center LTD.**                Case number *(if known)*
_____
Name

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,500.00 |
|---|---|---|---|

**Spinal Simplicity, LLC**
**6600 College Blvd Ste 220**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/19**

Basis for the claim:  **medical device manufacturer**

Last 4 digits of account number  **440**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.00 |
|---|---|---|---|

**Spineology, Inc.**
**VB Box 119**
**P.O. Box 9202**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/16**

Basis for the claim:  **device manufacturer**

Last 4 digits of account number  **3846**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,240.00 |
|---|---|---|---|

**Stability Biologics**
**2910 Poston Ave**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/19**

Basis for the claim:  **medical device manufacturer**

Last 4 digits of account number  **2577**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.28 |
|---|---|---|---|

**Stanley Convergent Security Solutions**
**Dept Ch 10651**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/19**

Basis for the claim:  **security systems**

Last 4 digits of account number  **1671**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,178.47 |
|---|---|---|---|

**Stericycle**
**4010 Commercial Ave**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/19**

Basis for the claim:  **medical waste disposing services**

Last 4 digits of account number  **1016**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,315.31 |
|---|---|---|---|

**Steris Corporation**
**P.O. Box 676548**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/16**

Basis for the claim:  **medical services**

Last 4 digits of account number  **4500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,472.43 |
|---|---|---|---|

**Stryker Endoscopy**
**P.O. Box 93276**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/9/20**

Basis for the claim:  **surgery equipment**

Last 4 digits of account number  **654E**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Central Palm Beach Surgery Center LTD.**
Name _____   Case number *(if known)* _____

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,746.21** |

**Stryker Orthopedics**
P.O. Box 93213
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/17**

Basis for the claim:  **medical device manufacturer**

Last 4 digits of account number  **1446**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,355.00** |

**Stryker Spine**
21912 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/3/19**

Basis for the claim:  **medical device manufacturer**

Last 4 digits of account number  **1651**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.43** |

**The Home Depot Pro Inst**
3031 N Andrews Ave Ext
Pompano Beach, FL 33064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/6/19**

Basis for the claim:  **wholesaler services**

Last 4 digits of account number  **2548**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**U.S. Legal Support**
444 W Railroad Ave, Suite 300
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **court reporting fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,465.76** |

**Ulrich Medical USA, Inc.**
29579 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/30/18**

Basis for the claim:  **medical device services**

Last 4 digits of account number  **0641**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,891.00** |

**Wheelhouse IT**
2890 Marina Mile Blvd
W State Rd 84 #108
Fort Lauderdale, FL 33312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2/20**

Basis for the claim:  **computer consulting services**

Last 4 digits of account number  **V201**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,021.00** |

**Wright Medical Technology, Inc.**
P.O. Box 503482
Saint Louis, MO 63150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/18**

Basis for the claim:  **medical device manufacturer**

Last 4 digits of account number  **3697**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Central Palm Beach Surgery Center LTD.**                              Case number *(if known)* _____
           Name

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,275.00 |

**X Spine Systems Inc.**
**452 Alexandersville Road**
**Miamisburg, OH 45342**

Date(s) debt was incurred  **10/19/16**

Last 4 digits of account number  **1010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical instrument manufacturer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,519.62 |

**Zeiss**
**6250 Sycamore Lane North**
**Osseo, MN 55369**

Date(s) debt was incurred  **1/1/20**

Last 4 digits of account number  **0452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical equipment services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alimed, Inc.**<br>**297 High St**<br>**Dedham, MA 02026** | Line  **3.5**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Internal Revenue Service**<br>**Ogden, UT 84201-0005** | Line  **2.2**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Internal Revenue Service**<br>**Department of the Treasury**<br>**RAIVS Team, Stop 91**<br>**P. O. Box 47-421**<br>**Atlanta, GA 30362** | Line  **2.2**<br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**POB 17167, STOP 5760**<br>**Fort Lauderdale, FL 33318** | Line  **2.2**<br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Palm Beach County Tax Collector**<br>**P. O. Box 3353**<br>**West Palm Beach, FL 33402-3353** | Line  **2.3**<br>☐ Not listed. Explain ___ | _ |
| 4.6 | **United States Corporation Agents, Inc.**<br>**13302 Winding Oak Court**<br>**Tampa, FL 33612** | Line  **3.51**<br>☐ Not listed. Explain ___ | _ |
| 4.7 | **Zeiss**<br>**5160 Hacienda Dr.**<br>**Dublin, CA 94568** | Line  **3.98**<br>☐ Not listed. Explain ___ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor    **Central Palm Beach Surgery Center LTD.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **10,989,229.71** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **10,989,229.71** |

**Fill in this information to identify the case:**

Debtor name **Central Palm Beach Surgery Center LTD.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for property located at 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | |
| | State the term remaining | **December 31, 2027** | **2047 Palm Beach Lakes Real Estate Partners, LLC** |
| | List the contract number of any government contract | | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Processing** | |
| | State the term remaining | | **ADP, LLC** |
| | List the contract number of any government contract | | **P.O. Box 842875 Boston, MA 02284** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract ending in 1825 for (3) Xerox machines models WC3550 and WC5776, serial numbers ending in 1910, 1938 and 7115.** | |
| | State the term remaining | | **De Lage Landen Financial Services, Inc.** |
| | List the contract number of any government contract | | **1111 Old Eagle School Rd Wayne, PA 19087** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for OEC 9900 Elite Digital Mobile Super C - Arm GSP.** | |
| | State the term remaining | **September 25, 2025** | **GE Capital Healthcare Financial Services** |
| | List the contract number of any government contract | | **P.O. Box 3083 Cedar Rapids, IA 52406** |

Debtor 1  **Central Palm Beach Surgery Center LTD.**

First Name          Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Service contract** | |
|---|---|---|---|
| | State the term remaining | **September 25, 2025** | **GE Healthcare**<br>**10 Riverview Drive**<br>**1st Floor**<br>**Danbury, CT 06810** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for XM3150 Lexmark.** | |
|---|---|---|---|
| | State the term remaining | **February 28, 2022** | **Milner**<br>**700 S Military Trail #700**<br>**Deerfield Beach, FL 33442** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for RICOH 9003.** | |
|---|---|---|---|
| | State the term remaining | **May 4, 2023** | **Milner**<br>**700 S Military Trail #700**<br>**Deerfield Beach, FL 33442** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for Samsung C-2620 DW and Lexmark XM3150.** | |
|---|---|---|---|
| | State the term remaining | **8/30/2022** | **Milner**<br>**700 S Military Trail #700**<br>**Deerfield Beach, FL 33442** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for Lexmark M1246.** | |
|---|---|---|---|
| | State the term remaining | **January 17, 2024** | **Milner**<br>**700 S Military Trail #700**<br>**Deerfield Beach, FL 33442** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for Lexmark XM3250.** | |
|---|---|---|---|
| | State the term remaining | **May 22, 2024** | **Milner**<br>**700 S Military Trail #700**<br>**Deerfield Beach, FL 33442** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Central Palm Beach Surgery Center LTD.**                    Case number *(if known)* _____
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | _____ |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for 75025 Ricoh and XM 1145 Lexmark.** | |
|---|---|---|---|
| | State the term remaining | **9/21/2021** | **Milner** |
| | List the contract number of any government contract | _____ | **700 S Military Trail #700** **Deerfield Beach, FL 33442** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for Lexmark XM7270 and XM3150.** | |
|---|---|---|---|
| | State the term remaining | **March 15, 2022** | **Milner** |
| | List the contract number of any government contract | _____ | **700 S Military Trail #700** **Deerfield Beach, FL 33442** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for 40G0850 Staple finisher for existing XM7270.** | |
|---|---|---|---|
| | State the term remaining | **January 23, 2022** | **Milner** |
| | List the contract number of any government contract | _____ | **700 S Military Trail #700** **Deerfield Beach, FL 33442** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Product service agreement for account number ending in 648-1** | |
|---|---|---|---|
| | State the term remaining | **5/2/2022** | **Stryker Instruments** |
| | List the contract number of any government contract | _____ | **6201 Sprinkle Road** **Portage, MI 49002** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Service agreement for purchase order #8421** | |
|---|---|---|---|
| | State the term remaining | **March 1, 2021** | **Stryker Sales Corporation** |
| | List the contract number of any government contract | _____ | **5900 Optical Court** **San Jose, CA 95138** |

Debtor 1  **Central Palm Beach Surgery Center LTD.**                                    Case number (*if known*) _____

First Name                Middle Name                Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment agreement ending in 7847** | |
|---|---|---|---|
| | State the term remaining | **1/31/2022** | **Styker Flex Financial a division of Stryker Sales Corporation 1901 Romence Road parkway Portage, MI 49002** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment finance agreement** | |
|---|---|---|---|
| | State the term remaining | **60 months term** | **TIAA Commercial Finance 10 Waterview Blvd Parsippany, NJ 07054** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Service agreement for Vario Essential serial no ending in 862** | |
|---|---|---|---|
| | State the term remaining | **10/1/20** | **Zeiss One North Broadway White Plains, NY 10601** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Service contract for Zieh Vision R C - ARM** | |
|---|---|---|---|
| | State the term remaining | | **Ziehm Imaging, Inc. 6280 Hazeltine National Dr Orlando, FL 32811** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name        **Central Palm Beach Surgery Center LTD.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **JHCSMC Marketing** | ☐ D ____<br>■ E/F ___3.50___<br>☐ G ____ |
| 2.2 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **General Electric Capital Corporation** | ■ D ___2.1___<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **M&T Bank** | ■ D ___2.2___<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **M&T Bank** | ■ D ___2.3___<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **M&T Bank** | ■ D ___2.4___<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Central Palm Beach Surgery Center LTD.**                     Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.6 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Stryker Finance** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
|------|------|------|------|------|
| 2.7 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Stryker Sales Corporation** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Stryker Sales Corporation** | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **2047 Palm Beach Lakes Partners, LLC** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.10 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Acumed LLC** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.11 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Alimed, Inc.** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.12 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Allscripts Healthcare, LLC** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.13 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Americas Office Source** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Central Palm Beach Surgery Center LTD.**                          Case number *(if known)* _____

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Anazao Health Corporation** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.15 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Answer All** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.16 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Avanos Medical Sales, LLC** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.17 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Amninox Medical, Inc.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.18 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Arthex Inc.** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.19 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Atlas Spine** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.20 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Baxter Healthcare Corp** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.21 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **BioDlogics, LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.22 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Biomet** | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
|------|------|------|------|------|
| 2.23 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Black Diamond Medical Inc.** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.24 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Brian's Reliable Transport** | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.25 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Brookfield Pharmacy & Medical** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.26 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Cayenne Medical, Inc.** | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.27 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **City of West Palm Beach - Police** | ☐ D _____<br>■ E/F ___3.26___<br>☐ G _____ |
| 2.28 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Clarus Medical, LLC** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.29 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **ConMed Linvatec** | ☐ D _____<br>■ E/F ___3.28___<br>☐ G _____ |

Debtor   **Central Palm Beach Surgery Center LTD.**                     Case number *(if known)*   _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Consensus Orthopedics** | ☐ D _____ ☑ E/F __3.29__ ☐ G _____ |
| 2.31 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Covidien** | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.32 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **DePuy Synthes Sales, Inc.** | ☐ D _____ ☑ E/F __3.31__ ☐ G _____ |
| 2.33 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **DJO Surgical** | ☐ D _____ ☑ E/F __3.33__ ☐ G _____ |
| 2.34 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Evologics, LLC** | ☐ D _____ ☑ E/F __3.35__ ☐ G _____ |
| 2.35 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **FirstPath LLC** | ☐ D _____ ☑ E/F __3.37__ ☐ G _____ |
| 2.36 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Florida Surgical Specialties, LLC** | ☐ D _____ ☑ E/F __3.38__ ☐ G _____ |
| 2.37 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Flower Orthopedics** | ☐ D _____ ☑ E/F __3.39__ ☐ G _____ |

Debtor    **Central Palm Beach Surgery Center LTD.**

Case number *(if known)* _____

████  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                         Column 2: **Creditor**

| 2.38 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Globus Medical North America, Inc.** | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |
|------|------|------|------|------|
| 2.39 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Henry Schein** | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |
| 2.40 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **HT Medical** | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |
| 2.41 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Integra Lifesciences Sales, LLC** | ☐ D _____ ■ E/F __3.47__ ☐ G _____ |
| 2.42 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **IPFS Corporation** | ☐ D _____ ■ E/F __3.48__ ☐ G _____ |
| 2.43 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **ITS. USA** | ☐ D _____ ■ E/F __3.49__ ☐ G _____ |
| 2.44 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Johnson & Johnson Healthcare** | ☐ D _____ ■ E/F __3.53__ ☐ G _____ |
| 2.45 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Joint Restoration Foundation** | ☐ D _____ ■ E/F __3.54__ ☐ G _____ |

Official Form 206H                         Schedule H: Your Codebtors

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

| Debtor | **Central Palm Beach Surgery Center LTD.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.46 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **K2M, Inc** | ☐ D _____<br>■ E/F __3.56__<br>☐ G _____ |
| 2.47 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Life Spine, Inc.** | ☐ D _____<br>■ E/F __3.60__<br>☐ G _____ |
| 2.48 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **LifeNet Health** | ☐ D _____<br>■ E/F __3.61__<br>☐ G _____ |
| 2.49 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Manatee Medical, Inc.** | ☐ D _____<br>■ E/F __3.62__<br>☐ G _____ |
| 2.50 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Medline Industries, Inc.** | ☐ D _____<br>■ E/F __3.63__<br>☐ G _____ |
| 2.51 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Medtronic USA Inc.** | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.52 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Mindray DS USA, Inc.** | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.53 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Nutech Solutions for Life** | ☐ D _____<br>■ E/F __3.67__<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor  **Central Palm Beach Surgery Center LTD.**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**          Column 2: **Creditor**

| 2.54 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **NuVasive, Inc** | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
|------|------|------|------|------|
| 2.55 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Paradigm Spine, LLC** | ☐ D _____ ■ E/F __3.70__ ☐ G _____ |
| 2.56 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Priority Healthcare** | ☐ D _____ ■ E/F __3.72__ ☐ G _____ |
| 2.57 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Pure Health Solutions Inc** | ☐ D _____ ■ E/F __3.73__ ☐ G _____ |
| 2.58 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **S1 Spine LLC** | ☐ D _____ ■ E/F __3.74__ ☐ G _____ |
| 2.59 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **SeaSpine Sales LLC** | ☐ D _____ ■ E/F __3.75__ ☐ G _____ |
| 2.60 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Shred - It USA** | ☐ D _____ ■ E/F __3.76__ ☐ G _____ |
| 2.61 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **SI-Bone** | ☐ D _____ ■ E/F __3.77__ ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Central Palm Beach Surgery Center LTD.** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.62 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Smith & Nephew, Inc.** | ☐ D _____<br>■ E/F __3.79__<br>☐ G _____ |
| 2.63 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **SourceOne CVO, LLC** | ☐ D _____<br>■ E/F __3.81__<br>☐ G _____ |
| 2.64 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Specialty Care IOM Services LLC** | ☐ D _____<br>■ E/F __3.82__<br>☐ G _____ |
| 2.65 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Spinal Simplicity, LLC** | ☐ D _____<br>■ E/F __3.83__<br>☐ G _____ |
| 2.66 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Spineology, Inc.** | ☐ D _____<br>■ E/F __3.84__<br>☐ G _____ |
| 2.67 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Stability Biologics** | ☐ D _____<br>■ E/F __3.85__<br>☐ G _____ |
| 2.68 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Stanley Convergent Security Solutions** | ☐ D _____<br>■ E/F __3.86__<br>☐ G _____ |
| 2.69 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Stericycle** | ☐ D _____<br>■ E/F __3.87__<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Central Palm Beach Surgery Center LTD.** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Steris Corporation** | ☐ D _____ ■ E/F __3.88__ ☐ G _____ |
| 2.71 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Stryker Endoscopy** | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |
| 2.72 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Stryker Orthopedics** | ☐ D _____ ■ E/F __3.90__ ☐ G _____ |
| 2.73 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Stryker Spine** | ☐ D _____ ■ E/F __3.91__ ☐ G _____ |
| 2.74 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Ulrich Medical USA, Inc.** | ☐ D _____ ■ E/F __3.94__ ☐ G _____ |
| 2.75 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Wright Medical Technology, Inc.** | ☐ D _____ ■ E/F __3.96__ ☐ G _____ |
| 2.76 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **X Spine Systems Inc.** | ☐ D _____ ■ E/F __3.97__ ☐ G _____ |
| 2.77 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **U.S. Legal Support** | ☐ D _____ ■ E/F __3.93__ ☐ G _____ |

| Debtor | **Central Palm Beach Surgery Center LTD.** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.78 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **JP Therapy Holdings II, LLC** | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.79 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Katzman, Wasserman, Bennardini &** | ☐ D _____ ■ E/F __3.57__ ☐ G _____ |
| 2.80 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Aesculap** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.81 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **American Health Lawyers Association** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.82 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Americorp Financial LLC** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.83 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Boston Scientific** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.84 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Broward A&C Medical Supply, Inc.** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.85 **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **John Papa, D.C.** | ☐ D _____ ■ E/F __3.52__ ☐ G _____ |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Central Palm Beach Surgery Center LTD.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.86 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | **Charles Ecklond** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.87 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | **Diverse Medical** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.88 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | **Eastern Anesthesia Service, Inc.** | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |
| 2.89 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | **Extremity Medical, LLC** | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.90 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | **GE Healthcare OEC** | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.91 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | **General Plumbing** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.92 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | **Glenn J. Waldman, Arbitrator** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.93 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | **Image First** | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Central Palm Beach Surgery Center LTD.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **JK Healthcare Products, LLC** | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.95 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Landauer** | ☐ D _____ ■ E/F __3.58__ ☐ G _____ |
| 2.96 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Laser Surgical Florida, Inc.** | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.97 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Milner** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.98 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Osteomed, LP** | ☐ D _____ ■ E/F __3.69__ ☐ G _____ |
| 2.99 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Personal Injury & Accident Law Center,** | ☐ D _____ ■ E/F __3.71__ ☐ G _____ |
| 2.100 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **Sintea Plustek LLC** | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.101 | **CPBS Management LLC** | 2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | **SOFSCO** | ☐ D _____ ■ E/F __3.80__ ☐ G _____ |

Debtor    **Central Palm Beach Surgery Center LTD.**          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.10 2 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **The Home Depot Pro Inst** | ☐ D _____<br>■ E/F __3.92__<br>☐ G _____ |
| 2.10 3 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Wheelhouse IT** | ☐ D _____<br>■ E/F __3.95__<br>☐ G _____ |
| 2.10 4 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Zeiss** | ☐ D _____<br>■ E/F __3.98__<br>☐ G _____ |
| 2.10 5 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **TIAA Commercial Finance** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 6 | **CPBS Management LLC** | **2047 Palm Beach Lakes Blvd West Palm Beach, FL 33409** | **Alamo Tissue Service** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.10 7 | **Jonathan Cutler** | **2047 Palm Beach Lakes Blvd Suite 250 West Palm Beach, FL 33409 Guarantor** | **TIAA Commercial Finance** | ☐ D _____<br>☐ E/F _____<br>■ G __2.17__ |

**Fill in this information to identify the case:**

Debtor name    **Central Palm Beach Surgery Center LTD.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2019** to **12/31/2019**    * Amount reflects to 9/30/2019 | ■ Operating a business<br>☐ Other _____ | **$8,456,092.86** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$8,934,636.15** |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$8,638,352.85** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached List** | | **$2,407,215.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Myron Consulting, LLC<br>2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409<br>general partner** | **See attached list** | **$1,750,002.66** | **12% management fee** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Central Palm Beach Surgery Center LTD a/a/o Jeff Dorceus vs.<br> State Farm Mutual Automobile Insurance Company<br>50-2018-SC-000224** | **Small Claims** | **Fifteenth Judicial Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Central Palm Beach Surgery Center LTD.**                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Central Palm Beach Surgery Center, LTD, CPBS Management LLC<br>vs.<br>JP Therapy Holdings, II, LLC<br>50-2016-CA-005583** | **Civil** | **Fifteenth Judical Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Central Palm Beach Surgery Center, LTD vs. John Papa, D.C<br>50-2019-CA-009729** | **Civil** | **Fifteenth Judicial Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Central Palm Beach Surgery Center, LTD v. John Papa, D.C.<br>4DCA# 19-3756** | **Appeal** | **Fourth District Court of Appeal<br>11 S Tamarind Ave<br>West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Central Palm Beach Surgery Center LTD A/A/O Twyla Green v. Ocean Harbor Casualty Insurance Company<br>50-2019-SC-006327** | **Small Claims** | **Fifteenth Judicial Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **SI-Bone Inc vs. Central Palm Beach Surgery Center LTD<br>50-2019-CC-006538** | **Civil** | **Fifteenth Judicial Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **JHCSMC Marketing, Inc vs. CPBS Management, LLC and Central Palm Beach Surgery Center, LTD<br>50-2019-CA-015187** | **Contract** | **Fifteenth Judicial Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Central Palm Beach Surgery Center, LTD a/a/o Ashley Butler<br>vs. State Farm Mutual Automobile Insurance Company<br>50-2018-CC-005403** | **PIP Claim** | **Fifteenth Judicial Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Central Palm Beach Surgery Center LTD  a/a/o Donald Brislow vs. Sate Farm Mutual Automobile Association Company<br>50-2018-CC-003939** | **PIP Claim** | **Fifteenth Judicial Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Central Palm Beach Surgery Center, LTD vs. Benton McNeil, and James River Insurance Company<br>50-2018-CA-015272** | **Contract** | **Fifteenth Judicial Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Central Palm Beach Surgery Center LTD a/a/o Cecilia Alvarez-Acost v. State Farm Fire Casualty Company<br>50-2017-SC-018212** | **PIP Claim** | **Fifteenth Judicial Circuit of Palm Beach<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Central Palm Beach Surgery Center LTD.**                     Case number *(if known)*  _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12. | **Central Palm Beach Surgery Center LTD (Patient Ramon Albor) vs. Progressive Express Insurance Company**<br>**50-2017-SC-018054** | **PIP Claim** | **Fifteenth Judicial Circuit of Palm Beach**<br>**205 N Dixie Hwy**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Central palm Beach Surgery Center LTD ( patient: Carolyn Henry) vs. Peak Property and Casualty Insurance Corporation**<br>**50-2017-SC-013664** | **PIP Claim** | **Fifteenth Judicial Circuit of Palm Beach**<br>**205 N Dixie Hwy**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Central Palm Beach Surgery Center LTD (Patient Julian Aramini) vs. Garrison Property and Casualty Insurance Company**<br>**50-2017-SC-012669** | **PIP Claim** | **Fifteenth Judicial Circuit of Palm Beach**<br>**205 N Dixie Hwy**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Charles Ecklond vs. John E. Baker, M.D. et al**<br>**2014-CA-010742** | **medical malpractice** | **Fifteenth Judicial Circuit of Palm Beach**<br>**205 N Dixie Hwy**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **JP Therapy Holdings II, LLC vs. Central Palm Beach Surgery Center LTD and CPBS Management, LLC**<br>**Claim No: 3270** | **Arbitration** | **Katzman, Wasserman, Bennardini & Rubinstein, P.A.**<br>**c/o Craig Rubinstein**<br>**7900 Glades Rd, Suite 140**<br>**Boca Raton, FL 33434** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Personal Injury & Accident Law Center, P.A. vs. Josua Fialio et al.**<br>**CACE-20-000963** | **Civil** | **17th Judicial Circuit Court of Florida**<br>**201 SE 6th St**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Central Palm Beach Surgery Center LTD A/A/O Jennifer Montes De Oca vs. Allstate Indemnity Company**<br>**50-2017-SC-015583** | **Small Claims** | **Fifteenth Judicial Circuit of Palm Beach**<br>**205 N Dixie Hwy**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Central Palm Beach Surgery Center LTD.** | Case number *(if known)* | |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Furr and Cohen, P.A.<br>2255 Glades Road<br>Suite 301E<br>Boca Raton, FL 33431** | legal fees and costs | 4/16/2019 | $50,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Furr and Cohen, P.A.<br>2255 Glades Road<br>Suite 301E<br>Boca Raton, FL 33431** | legal fees and costs | 1/13/2020 | $50,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

| Debtor | Central Palm Beach Surgery Center LTD. | Case number *(if known)* | |

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Central Palm Beach Surgery Center LTD 2047 Palm Beach Lakes Blvd. West Palm Beach, FL 33409 | Surgery Center | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. 2047 Palm Beach Lakes Blvd. West Palm Beach, FL 33409 | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Social Security Numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Central Palm Beach Surgery Center LTD.**                                   Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Central Palm Beach Surgery Center LTD.**                          Case number *(if known)*

---

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Andrew Reade<br>277 Willis Ave<br>Roslyn Heights, NY 11577** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Andrew Reade<br>277 Willis Ave<br>Roslyn Heights, NY 11577** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Andrew Reade<br>277 Willis Ave<br>Roslyn Heights, NY 11577** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

---

| Debtor | Central Palm Beach Surgery Center LTD. | Case number *(if known)* | |
|---|---|---|---|

| Name and address | |
|---|---|
| 26d.1. | **M&T Bank**<br>**2000 PGA Blvd #4400**<br>**North Palm Beach, FL 33408** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CPBS Management LLC | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | General Partner | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cutler Holdings LLLP | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | Limited Partnership | 99% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CPBS Management LLC | 2047 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409 | Limited Partnership | 1% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

Debtor    **Central Palm Beach Surgery Center LTD.**                              Case number *(if known)*

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 28, 2020**

**/s/ CPBS Managment LLC c/o Jonathan Cutler**                        **CPBS Managment LLC c/o Jonathan Cutler**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorized Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Central Palm Beach Surgery Center, Ltd.**
**Find Report**
October 27, 2019 through January 27, 2020

Case 20-11127-MAM    Doc 1    Filed 01/28/20    Page 134 of 151

| Type | Date | Num | Name | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Oct 27, '19 - Jan 27, 20** | | | | | | | |
| Liability Check | 11/07/2019 | 70467490 | United States Treasury | 1070.00 · M & T Bank (6732) | √ | -SPLIT- | -25,375.09 |
| Liability Check | 11/07/2019 | 70467490 | United States Treasury | 2210.03 · FWT payable | | 1070.00 · M & T Bank (6732) | |
| Liability Check | 11/21/2019 | 62118590 | United States Treasury | 1070.00 · M & T Bank (6732) | √ | -SPLIT- | -23,238.04 |
| Liability Check | 11/21/2019 | 62118590 | United States Treasury | 2210.03 · FWT payable | | 1070.00 · M & T Bank (6732) | |
| Liability Check | 12/04/2019 | 91972764 | United States Treasury | 1070.00 · M & T Bank (6732) | √ | -SPLIT- | -32,187.55 |
| Liability Check | 12/04/2019 | 91972764 | United States Treasury | 2210.03 · FWT payable | | 1070.00 · M & T Bank (6732) | |
| Liability Check | 12/18/2019 | 12131219 | United States Treasury | 1070.00 · M & T Bank (6732) | √ | -SPLIT- | -25,843.06 |
| Liability Check | 12/18/2019 | 12131219 | United States Treasury | 2210.03 · FWT payable | | 1070.00 · M & T Bank (6732) | |
| Liability Check | 01/02/2020 | 53527828 | United States Treasury | 1070.00 · M & T Bank (6732) | | -SPLIT- | -27,026.88 |
| Liability Check | 01/02/2020 | 53527828 | United States Treasury | 2210.03 · FWT payable | | 1070.00 · M & T Bank (6732) | |
| Liability Check | 01/16/2020 | 55175845 | United States Treasury | 1070.00 · M & T Bank (6732) | | -SPLIT- | -24,518.38 |
| Liability Check | 01/16/2020 | 55175845 | United States Treasury | 2210.03 · FWT payable | | 1070.00 · M & T Bank (6732) | |
| Bill | 12/31/2019 | 1079064 | Stryker Spine | 2010.00 · Accounts Payable | | 4310.01 · Medical supplie | -11,250.00 |
| Bill | 12/31/2019 | 1079064 | Stryker Spine | 4310.01 · Medical supplies | | 2010.00 · Accounts Payable | |
| Bill Pmt -Check | 01/06/2020 | 7241 | Stryker Endoscopy | 1070.00 · M & T Bank (6732) | * | 2010.00 · Accounts Paya | -12,416.64 |
| Bill Pmt -Check | 01/06/2020 | 7241 | Stryker Endoscopy | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill | 12/02/2019 | 1621025-AF | Stryker Endoscopy | 2010.00 · Accounts Payable | | 4310.01 · Medical supplie | -8,037.26 |
| Bill | 12/02/2019 | 1621025-AF | Stryker Endoscopy | 4310.01 · Medical supplies | | 2010.00 · Accounts Payable | |
| Check | 11/01/2019 | 7017 | Steven Robbins, Esq | 1070.00 · M & T Bank (6732) | √ | 6340.02 · Legal fees | -12,500.00 |
| Check | 11/01/2019 | 7017 | Steven Robbins, Esq | 6340.02 · Legal fees | | 1070.00 · M & T Bank (6732) | |
| Check | 12/01/2019 | 7153 | Steven Robbins, Esq | 1070.00 · M & T Bank (6732) | √ | 6340.02 · Legal fees | -12,500.00 |
| Check | 12/01/2019 | 7153 | Steven Robbins, Esq | 6340.02 · Legal fees | | 1070.00 · M & T Bank (6732) | |
| Check | 01/01/2020 | 7229 | Steven Robbins, Esq | 1070.00 · M & T Bank (6732) | * | 6340.02 · Legal fees | -12,500.00 |
| Check | 01/01/2020 | 7229 | Steven Robbins, Esq | 6340.02 · Legal fees | | 1070.00 · M & T Bank (6732) | |
| Check | 01/27/2020 | 7271 | Steven Robbins, Esq | 1070.00 · M & T Bank (6732) | | 6340.02 · Legal fees | -8,000.00 |
| Check | 01/27/2020 | 7271 | Steven Robbins, Esq | 6340.02 · Legal fees | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 01/06/2020 | 7074 | SPINAL SIMPLICITY, | 1070.00 · M & T Bank (6732) | * | 2010.00 · Accounts Paya | -9,000.00 |
| Bill Pmt -Check | 01/06/2020 | 7074 | SPINAL SIMPLICITY, | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/04/2019 | 6765 | Specialty Care IOM S | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -20,000.00 |
| Bill Pmt -Check | 11/04/2019 | 6765 | Specialty Care IOM S | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 12/10/2019 | 7203 | Specialty Care IOM S | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -20,000.00 |
| Bill Pmt -Check | 12/10/2019 | 7203 | Specialty Care IOM S | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 01/06/2020 | 7235 | Specialty Care IOM S | 1070.00 · M & T Bank (6732) | * | 2010.00 · Accounts Paya | -10,000.00 |
| Bill Pmt -Check | 01/06/2020 | 7235 | Specialty Care IOM S | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/19/2019 | 7025 | S1 SPINE LLC | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -11,495.00 |
| Bill Pmt -Check | 11/19/2019 | 7025 | S1 SPINE LLC | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Check | 01/09/2020 | dm | Returned item chargeb | 1070.00 · M & T Bank (6732) | * | 4110.03 · Returned checl | -22,000.00 |
| Check | 01/09/2020 | dm | Returned item chargeb | 4110.03 · Returned checks | | 1070.00 · M & T Bank (6732) | |
| Check | 11/01/2019 | 7224 | Palm Beach Lakes Sur | 1070.00 · M & T Bank (6732) | | 2820.00 · PBLSC Partne | -30,733.99 |
| Check | 11/01/2019 | 7224 | Palm Beach Lakes Sur | 2820.00 · PBLSC Partners, LLC | | 1070.00 · M & T Bank (6732) | |
| Check | 12/01/2019 | 7225 | Palm Beach Lakes Sur | 1070.00 · M & T Bank (6732) | √ | 2820.00 · PBLSC Partne | -30,733.99 |
| Check | 12/01/2019 | 7225 | Palm Beach Lakes Sur | 2820.00 · PBLSC Partners, LLC | | 1070.00 · M & T Bank (6732) | |
| Credit | 11/05/2019 | CM0003352 | Osteomed, LP | 2010.00 · Accounts Payable | | 4305.02 · Medical implants | -9,299.05 |
| Credit | 11/05/2019 | CM0003352 | Osteomed, LP | 4305.02 · Medical implants | | 2010.00 · Accounts Paya | |
| Check | 11/13/2019 | 7071 | Myron Consulting, LLC | 1070.00 · M & T Bank (6732) | | 6355.05 · Myron Consulti | -142,483.35 |
| Check | 11/13/2019 | 7071 | Myron Consulting, LLC | 6355.05 · Myron Consulting, LLC | | 1070.00 · M & T Bank (6732) | |
| Check | 11/13/2019 | 7072 | Myron Consulting, LLC | 1070.00 · M & T Bank (6732) | | 6355.05 · Myron Consulti | -113,774.09 |
| Check | 11/13/2019 | 7072 | Myron Consulting, LLC | 6355.05 · Myron Consulting, LLC | | 1070.00 · M & T Bank (6732) | |
| Check | 11/13/2019 | 7148 | Myron Consulting, LLC | 1070.00 · M & T Bank (6732) | | 6355.05 · Myron Consulti | -186,497.91 |
| Check | 11/13/2019 | 7148 | Myron Consulting, LLC | 6355.05 · Myron Consulting, LLC | | 1070.00 · M & T Bank (6732) | |
| Check | 12/13/2019 | 7227 | Myron Consulting, LLC | 1070.00 · M & T Bank (6732) | | 6355.05 · Myron Consulti | -193,082.65 |
| Check | 12/13/2019 | 7227 | Myron Consulting, LLC | 6355.05 · Myron Consulting, LLC | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/08/2019 | 6773 | Manatee Medical, Inc | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -8,190.00 |

**Central Palm Beach Surgery Center, Ltd.**
**Find Report**
October 27, 2019 through January 27, 2020

Case 20-11127-MAM   Doc 1   Filed 01/28/20   Page 135 of 151

| Type | Date | Num | Name | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Bill Pmt -Check | 11/08/2019 | 6773 | Manatee Medical, Inc | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Check | 10/28/2019 | dm | M&T Loan transaction | 1070.00 · M & T Bank (6732) | √ | 2950.00 · Due to partner: | -21,260.08 |
| Check | 10/28/2019 | dm | M&T Loan transaction | 2950.00 · Due to partners | | 1070.00 · M & T Bank (6732) | |
| Check | 11/01/2019 | dm | M&T Loan transaction | 1070.00 · M & T Bank (6732) | √ | -SPLIT- | -21,345.47 |
| Check | 11/01/2019 | dm | M&T Loan transaction | 2310.06 · M & T Bank ( 034) | | 1070.00 · M & T Bank (6732) | |
| Check | 11/29/2019 | dm | M&T Loan transaction | 1070.00 · M & T Bank (6732) | √ | 2950.00 · Due to partner: | -21,295.52 |
| Check | 11/29/2019 | dm | M&T Loan transaction | 2950.00 · Due to partners | | 1070.00 · M & T Bank (6732) | |
| Check | 11/25/2019 | dm | M&T Loan transaction | 1070.00 · M & T Bank (6732) | √ | 2310.00 · Notes Payable | -13,840.20 |
| Check | 11/25/2019 | dm | M&T Loan transaction | 2310.00 · Notes Payable - Bank | | 1070.00 · M & T Bank (6732) | |
| Check | 12/01/2019 | dm | M&T Loan transaction | 1070.00 · M & T Bank (6732) | √ | -SPLIT- | -21,345.47 |
| Check | 12/01/2019 | dm | M&T Loan transaction | 2310.06 · M & T Bank ( 034) | | 1070.00 · M & T Bank (6732) | |
| Check | 01/01/2020 | dm | M&T Loan transaction | 1070.00 · M & T Bank (6732) | * | -SPLIT- | -21,345.47 |
| Check | 01/01/2020 | dm | M&T Loan transaction | 2310.06 · M & T Bank ( 034) | | 1070.00 · M & T Bank (6732) | |
| Check | 12/25/2019 | dm | M&T Loan transaction | 1070.00 · M & T Bank (6732) | √ | 2310.00 · Notes Payable | -13,840.20 |
| Check | 12/25/2019 | dm | M&T Loan transaction | 2310.00 · Notes Payable - Bank | | 1070.00 · M & T Bank (6732) | |
| Check | 01/25/2020 | dm | M&T Loan transaction | 1070.00 · M & T Bank (6732) | * | 2310.00 · Notes Payable | -13,840.20 |
| Check | 01/25/2020 | dm | M&T Loan transaction | 2310.00 · Notes Payable - Bank | | 1070.00 · M & T Bank (6732) | |
| Check | 12/31/2019 | dm | M&T Loan transaction | 1070.00 · M & T Bank (6732) | √ | 2950.00 · Due to partner: | -21,160.91 |
| Check | 12/31/2019 | dm | M&T Loan transaction | 2950.00 · Due to partners | | 1070.00 · M & T Bank (6732) | |
| Check | 12/26/2019 | 7231 | Law Offices of Bennet | 1070.00 · M & T Bank (6732) | * | -SPLIT- | -7,013.75 |
| Bill Pmt -Check | 01/02/2020 | 7248 | Image First | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | -11,870.53 |
| Bill Pmt -Check | 01/02/2020 | 7248 | Image First | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/01/2019 | dm | Henry Schein | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -15,497.56 |
| Bill Pmt -Check | 11/01/2019 | dm | Henry Schein | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 10/28/2019 | dm | Henry Schein | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -23,710.18 |
| Bill Pmt -Check | 10/28/2019 | dm | Henry Schein | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/14/2019 | DM | Henry Schein | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -25,829.19 |
| Bill Pmt -Check | 11/14/2019 | DM | Henry Schein | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 12/10/2019 | 7202 | Henry Schein | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -7,480.41 |
| Bill Pmt -Check | 12/10/2019 | 7202 | Henry Schein | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/04/2019 | 6759 | GENERAL PLUMBING | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -23,662.54 |
| Bill Pmt -Check | 11/04/2019 | 6759 | GENERAL PLUMBING | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Check | 01/08/2020 | 7242 | Furr Cohen, PA | 1070.00 · M & T Bank (6732) | * | 6340.06 · Bankruptcy | -50,000.00 |
| Check | 01/08/2020 | 7242 | Furr Cohen, PA | 6340.06 · Bankruptcy | | 1070.00 · M & T Bank (6732) | |
| Bill | 12/01/2019 | 74238524 | FLORIDA BLUE | 2010.00 · Accounts Payable | | 6186.01 · Group health | -11,427.90 |
| Bill | 12/01/2019 | 74238524 | FLORIDA BLUE | 6186.01 · Group health | | 2010.00 · Accounts Payable | |
| Bill | 11/01/2019 | 74194128 | FLORIDA BLUE | 2010.00 · Accounts Payable | | 6186.01 · Group health | -15,676.20 |
| Bill | 11/01/2019 | 74194128 | FLORIDA BLUE | 6186.01 · Group health | | 2010.00 · Accounts Payable | |
| Bill Pmt -Check | 11/25/2019 | dm | FLORIDA BLUE | 2010.00 · Accounts Payable | √ | 2010.00 · Accounts Paya | -15,676.20 |
| Bill Pmt -Check | 11/25/2019 | dm | FLORIDA BLUE | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 12/10/2019 | 7192 | FLORIDA BLUE | 2010.00 · Accounts Payable | √ | 2010.00 · Accounts Paya | -19,799.22 |
| Bill Pmt -Check | 12/10/2019 | 7192 | FLORIDA BLUE | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill | 01/01/2020 | 74282347 | FLORIDA BLUE | 2010.00 · Accounts Payable | | 6186.01 · Group health | -9,637.45 |
| Bill | 01/01/2020 | 74282347 | FLORIDA BLUE | 6186.01 · Group health | | 2010.00 · Accounts Payable | |
| Bill | 01/01/2020 | 74282350 | FLORIDA BLUE | 2010.00 · Accounts Payable | | 6186.01 · Group health | -11,003.07 |
| Bill | 01/01/2020 | 74282350 | FLORIDA BLUE | 6186.01 · Group health | | 2010.00 · Accounts Payable | |
| Bill Pmt -Check | 01/27/2020 | 7269 | FLORIDA BLUE | 2010.00 · Accounts Payable | | 2010.00 · Accounts Paya | -21,639.36 |
| Bill Pmt -Check | 01/27/2020 | 7269 | FLORIDA BLUE | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/04/2019 | 6762 | Clarus Medical,LLC | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -15,670.00 |
| Bill Pmt -Check | 11/04/2019 | 6762 | Clarus Medical,LLC | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/29/2019 | 7179 | Clarus Medical,LLC | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -23,560.00 |
| Bill Pmt -Check | 11/29/2019 | 7179 | Clarus Medical,LLC | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 12/10/2019 | 7201 | Clarus Medical,LLC | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -18,812.00 |
| Bill Pmt -Check | 12/10/2019 | 7201 | Clarus Medical,LLC | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |

**Central Palm Beach Surgery Center, Ltd.**
**Find Report**
October 27, 2019 through January 27, 2020

Case 20-11127-MAM    Doc 1    Filed 01/28/20    Page 136 of 151

| Type | Date | Num | Name | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Bill | 12/04/2019 | 23932 | Clarus Medical,LLC | 2010.00 · Accounts Payable | | 4310.01 · Medical supplie | -14,170.00 |
| Bill | 12/04/2019 | 23932 | Clarus Medical,LLC | 4310.01 · Medical supplies | | 2010.00 · Accounts Payable | |
| Bill | 11/06/2019 | 23884 | Clarus Medical,LLC | 2010.00 · Accounts Payable | | 4310.01 · Medical supplie | -10,972.00 |
| Bill | 11/06/2019 | 23884 | Clarus Medical,LLC | 4310.01 · Medical supplies | | 2010.00 · Accounts Payable | |
| Bill | 12/26/2019 | 23960 | Clarus Medical,LLC | 2010.00 · Accounts Payable | | 4310.01 · Medical supplie | -15,670.00 |
| Bill | 12/26/2019 | 23960 | Clarus Medical,LLC | 4310.01 · Medical supplies | | 2010.00 · Accounts Payable | |
| Bill | 12/19/2019 | 23954 | Clarus Medical,LLC | 2010.00 · Accounts Payable | | 4310.01 · Medical supplie | -15,670.00 |
| Bill | 12/19/2019 | 23954 | Clarus Medical,LLC | 4310.01 · Medical supplies | | 2010.00 · Accounts Payable | |
| Bill | 12/19/2019 | 23955 | Clarus Medical,LLC | 2010.00 · Accounts Payable | | 4310.01 · Medical supplie | -9,406.00 |
| Bill | 12/19/2019 | 23955 | Clarus Medical,LLC | 4310.01 · Medical supplies | | 2010.00 · Accounts Payable | |
| Check | 01/07/2020 | 7245 | Chapman & Hoss | 1070.00 · M & T Bank (6732) | * | 6380.00 · Repairs and ma | -9,919.78 |
| Check | 01/07/2020 | 7245 | Chapman & Hoss | 6380.00 · Repairs and maintenance | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/04/2019 | 6760 | Brian's Reliable Transp | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -9,935.00 |
| Bill Pmt -Check | 11/04/2019 | 6760 | Brian's Reliable Transp | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 12/10/2019 | 7199 | Brian's Reliable Transp | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -7,557.50 |
| Bill Pmt -Check | 12/10/2019 | 7199 | Brian's Reliable Transp | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 12/09/2019 | 7195 | BOSTON SCIENTIFI | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -20,400.60 |
| Bill Pmt -Check | 12/09/2019 | 7195 | BOSTON SCIENTIFI | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/01/2019 | 6612 | Biomet | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -50,000.00 |
| Bill Pmt -Check | 11/01/2019 | 6612 | Biomet | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 12/01/2019 | 6613 | Biomet | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -50,000.00 |
| Bill Pmt -Check | 12/01/2019 | 6613 | Biomet | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 01/01/2020 | | Biomet | 1070.00 · M & T Bank (6732) | * | 2010.00 · Accounts Paya | -50,000.00 |
| Bill Pmt -Check | 01/01/2020 | | Biomet | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 10/28/2019 | 6611 | Biomet | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -47,325.00 |
| Bill Pmt -Check | 10/28/2019 | 6611 | Biomet | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/04/2019 | 6764 | Biomet | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -17,650.00 |
| Bill Pmt -Check | 11/04/2019 | 6764 | Biomet | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/28/2019 | 7151 | Biomet | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -60,740.00 |
| Bill Pmt -Check | 11/28/2019 | 7151 | Biomet | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill | 10/31/2019 | 90424214 | Biomet | 2010.00 · Accounts Payable | | 4305.02 · Medical implant | -9,500.00 |
| Bill | 10/31/2019 | 90424214 | Biomet | 4305.02 · Medical implants | | 2010.00 · Accounts Payable | |
| Bill | 10/31/2019 | 90423531 | Biomet | 2010.00 · Accounts Payable | | 4305.02 · Medical implant | -9,500.00 |
| Bill | 10/31/2019 | 90423531 | Biomet | 4305.02 · Medical implants | | 2010.00 · Accounts Payable | |
| Bill | 10/31/2019 | 90423527 | Biomet | 2010.00 · Accounts Payable | | 4305.02 · Medical implant | -9,500.00 |
| Bill | 10/31/2019 | 90423527 | Biomet | 4305.02 · Medical implants | | 2010.00 · Accounts Payable | |
| Bill | 10/31/2019 | 90423789 | Biomet | 2010.00 · Accounts Payable | | 4305.02 · Medical implant | -9,500.00 |
| Bill | 10/31/2019 | 90423789 | Biomet | 4305.02 · Medical implants | | 2010.00 · Accounts Payable | |
| Bill | 10/30/2019 | 90423241 | Biomet | 2010.00 · Accounts Payable | | 4305.02 · Medical implant | -9,500.00 |
| Bill | 10/30/2019 | 90423241 | Biomet | 4305.02 · Medical implants | | 2010.00 · Accounts Payable | |
| Bill Pmt -Check | 01/08/2020 | 7243 | Biomet | 1070.00 · M & T Bank (6732) | * | 2010.00 · Accounts Paya | -85,071.00 |
| Bill Pmt -Check | 01/08/2020 | 7243 | Biomet | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill | 11/27/2019 | 90429798 | Biomet | 2010.00 · Accounts Payable | | 4305.02 · Medical implant | -8,000.00 |
| Bill | 11/27/2019 | 90429798 | Biomet | 4305.02 · Medical implants | | 2010.00 · Accounts Payable | |
| Bill Pmt -Check | 12/12/2019 | 7204 | Baxter Healthcare Corp | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -11,708.94 |
| Bill Pmt -Check | 12/12/2019 | 7204 | Baxter Healthcare Corp | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/04/2019 | 6763 | Arthrex Inc. | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -8,008.30 |
| Bill Pmt -Check | 11/04/2019 | 6763 | Arthrex Inc. | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 01/06/2020 | 7236 | Arthrex Inc. | 1070.00 · M & T Bank (6732) | * | 2010.00 · Accounts Paya | -11,381.00 |
| Bill Pmt -Check | 01/06/2020 | 7236 | Arthrex Inc. | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill Pmt -Check | 11/15/2019 | 7023 | AMKAI SOLUTIONS | 1070.00 · M & T Bank (6732) | √ | 2010.00 · Accounts Paya | -14,250.00 |
| Bill Pmt -Check | 11/15/2019 | 7023 | AMKAI SOLUTIONS | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Bill | 11/01/2019 | A10636 | AMKAI SOLUTIONS | 2010.00 · Accounts Payable | | 4310.24 · EMR system | -14,862.75 |
| Bill | 11/01/2019 | A10636 | AMKAI SOLUTIONS | 4310.24 · EMR system | | 2010.00 · Accounts Payable | |

**Central Palm Beach Surgery Center, Ltd.**
**Find Report**
October 27, 2019 through January 27, 2020

| Type | Date | Num | Name | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Bill Pmt -Check | 12/31/2019 | 7247 | AMKAI SOLUTIONS | 1070.00 · M & T Bank (6732) | * | 2010.00 · Accounts Paya | -14,862.75 |
| Bill Pmt -Check | 12/31/2019 | 7247 | AMKAI SOLUTIONS | 2010.00 · Accounts Payable | | 1070.00 · M & T Bank (6732) | |
| Check | 11/08/2019 | DM | AMERICAN EXPRES | 1070.00 · M & T Bank (6732) | √ | 2410.03 · AMERICAN E: | -28,218.36 |
| Check | 11/08/2019 | DM | AMERICAN EXPRES | 2410.03 · AMERICAN EXPRESS 5004 | | 1070.00 · M & T Bank (6732) | |
| Check | 12/07/2019 | dm | AMERICAN EXPRES | 1070.00 · M & T Bank (6732) | √ | 2410.03 · AMERICAN E: | -13,675.61 |
| Check | 12/07/2019 | dm | AMERICAN EXPRES | 2410.03 · AMERICAN EXPRESS 5004 | | 1070.00 · M & T Bank (6732) | |
| Check | 01/08/2020 | dm | AMERICAN EXPRES | 1070.00 · M & T Bank (6732) | * | 2410.03 · AMERICAN E: | -36,281.21 |
| Check | 01/08/2020 | dm | AMERICAN EXPRES | 2410.03 · AMERICAN EXPRESS 5004 | | 1070.00 · M & T Bank (6732) | |
| Check | 01/27/2020 | | AMERICAN EXPRES | 1070.00 · M & T Bank (6732) | | 2410.03 · AMERICAN E: | -28,753.21 |
| Check | 01/27/2020 | | AMERICAN EXPRES | 2410.03 · AMERICAN EXPRESS 5004 | | 1070.00 · M & T Bank (6732) | |
| Check | 11/01/2019 | dm | AFCO | 1070.00 · M & T Bank (6732) | √ | 6240.02 · Prof liab/Gen'l liab | -13,312.88 |
| Check | 11/01/2019 | dm | AFCO | 6240.02 · Prof liab/Gen'l liab | | 1070.00 · M & T Bank (6732) | |
| Check | 12/01/2019 | dm | AFCO | 1070.00 · M & T Bank (6732) | √ | 6240.02 · Prof liab/Gen'l | -13,312.88 |
| Check | 12/01/2019 | dm | AFCO | 6240.02 · Prof liab/Gen'l liab | | 1070.00 · M & T Bank (6732) | |
| Check | 01/01/2020 | dm | AFCO | 1070.00 · M & T Bank (6732) | * | 6240.02 · Prof liab/Gen'l | -12,679.65 |
| Check | 01/01/2020 | dm | AFCO | 6240.02 · Prof liab/Gen'l liab | | 1070.00 · M & T Bank (6732) | |
| Check | 11/01/2019 | 7150 | 2047 PBL Realty Partr | 1070.00 · M & T Bank (6732) | √ | -SPLIT- | -27,249.67 |
| Check | 11/01/2019 | 7150 | 2047 PBL Realty Partr | 6360.00 · Rent Expense | | 1070.00 · M & T Bank (6732) | |
| Check | 12/01/2019 | 7152 | 2047 PBL Realty Partr | 1070.00 · M & T Bank (6732) | √ | -SPLIT- | -27,249.67 |
| Check | 12/01/2019 | 7152 | 2047 PBL Realty Partr | 8000.00 · Ask My Accountant | | 1070.00 · M & T Bank (6732) | |
| Check | 12/30/2019 | 7223 | 2047 PBL Realty Partr | 1070.00 · M & T Bank (6732) | √ | -SPLIT- | -27,249.67 |
| Check | 12/30/2019 | 7223 | 2047 PBL Realty Partr | 6360.00 · Rent Expense | | 1070.00 · M & T Bank (6732) | |
| Check | 01/01/2020 | 7251 | 2047 PBL Realty Partr | 1070.00 · M & T Bank (6732) | * | -SPLIT- | -27,249.67 |
| Check | 01/01/2020 | 7251 | 2047 PBL Realty Partr | 6360.00 · Rent Expense | | 1070.00 · M & T Bank (6732) | |
| Check | 11/07/2019 | DM | | 1070.00 · M & T Bank (6732) | √ | 4110.03 · Returned checl | -7,000.00 |
| Check | 11/07/2019 | DM | | 4110.03 · Returned checks | | 1070.00 · M & T Bank (6732) | |

Oct 27, '19 - Jan 27, 20 **-2,407,215.11**

# United States Bankruptcy Court
## Southern District of Florida

In re    **Central Palm Beach Surgery Center LTD.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CPBS Management LLC**<br>**2047 Palm Beach Lakes Blvd**<br>**West Palm Beach, FL 33409** | | **100%** | **General Partnership** |
| **CPBS Management LLC**<br>**2047 Palm Beach Lakes Blvd**<br>**West Palm Beach, FL 33409** | | **1%** | **Limited Partnership** |
| **Cutler Holdings LLLP**<br>**2047 Palm Beach Lakes Blvd**<br>**West Palm Beach, FL 33409** | | **99%** | **Limited Partnership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Member** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 28, 2020**

Signature    **/s/ CPBS Managment LLC c/o Jonathan Cutler**

**CPBS Managment LLC c/o Jonathan Cutler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Central Palm Beach Surgery Center LTD.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Member of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 28, 2020**

**/s/ CPBS Managment LLC c/o Jonathan Cutler**

**CPBS Managment LLC c/o Jonathan Cutler**/**Authorized Member**
Signer/Title

.

2047 Palm Beach Lakes Partners, LLC
2047 Palm Beach Lakes Blvd
West Palm Beach, FL 33409

Acumed LLC
7995 Collection Center Drive
Chicago, IL 60693

Aesculap
P.O. Box 780426
Philadelphia, PA 19178

Alamo Tissue Service
P.O. Box 691433
San Antonio, TX 78269

Alimed, Inc.
P.O. Box 9135
Dedham, MA 02027

Alimed, Inc.
297 High St
Dedham, MA 02026

Allscripts Healthcare, LLC
24630 Network Place
Chicago, IL 60673

American Health Lawyers Association
1620 Eye Street NW 6th Floor
Washington, DC 20006

Americas Office Source
706 Turnbull Ave Suite 305
Altamonte Springs, FL 32701

Americorp Financial LLC
877 South Adams Road
Birmingham, MI 48009

Amninox Medical, Inc.
7300 Corporate Center Drive Ste 700
Miami, FL 33126

Anazao Health Corporation
Attn Finance Dept
5710 Hoover Blvd
Tampa, FL 33634


Answer All
415 US Highway 1 Suite G
West Palm Beach, FL 33403


Arthex Inc.
P.O. Box 403511
West Palm Beach, FL 33403


Atlas Spine
1555 Jupiter Park Drive Ste 4
Jupiter, FL 33458


Avanos Medical Sales, LLC
P.O. Box 732583
Dallas, TX 75373


Baxter Healthcare Corp
P.O. Box 70564
Chicago, IL 60673


BioDlogics, LLC
PO Box 372 Dep 360
Memphis, TN 38101


Biomet
14235 Collections Center
Chicago, IL 60693


Black Diamond Medical Inc.
650 N Wymore Road Ste 102
Winter Park, FL 32789


Boston Scientific
300 Boston Scientific Way
Marlborough, MA 01752


Brian's Reliable Transport
PO Box 221093
West Palm Beach, FL 33422

Brookfield Pharmacy & Medical
PO Box 801
Brookfield, CT 06804

Broward A&C Medical Supply, Inc.
1533 SW 1st Way Suite F19
Deerfield Beach, FL 33441

Cayenne Medical, Inc.
Dept 2346 PO Box 122346
Dallas, TX 75312

Charles Ecklond
c/o The Seiden Law Firm
301 Clematis Street, Suite 201
West Palm Beach, FL 33401

City of West Palm Beach - Police
P.O. Box 3366
West Palm Beach, FL 33402

Clarus Medical, LLC
13355 10th Ave N. Suite 110
Minneapolis, MN 55441

ConMed Linvatec
P.O. Box 301231
Dallas, TX 75303

Consensus Orthopedics
1115 Winfield Way
Ste 100
El Dorado Hills, CA 95762

Covidien
15 Hampshire Street
Mansfield, MA 02048

DePuy Synthes Sales, Inc.
PO Box 8538-662
Philadelphia, PA 19171

Diverse Medical
82 Beckridge Road
McMinnville, TN 37110

DJO Surgical
PO Box 660126
Dallas, TX 75266

Eastern Anesthesia Service, Inc.
810 Saturn St
Jupiter, FL 33477

Evologics, LLC
4766 Research Drive
San Antonio, TX 78240

Extremity Medical, LLC
300 Interplace Pkwy #410
Parsippany, NJ 07054

FirstPath LLC
3141 West McNab Rd
Pompano Beach, FL 33069

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Florida Surgical Specialties, LLC
106 Commerce St. Suite 108
Lake Mary, FL 32746

Flower Orthopedics
100 Witmer Rd. Suite 280
Horsham, PA 19044

GE Healthcare OEC
3000 N Grandview Blvd
Waukesha, WI 53188

General Electric Capital Corporation
10 Riverview Drive
1st Floor
Danbury, CT 06810

General Plumbing
2001 7th Ave N
Lake Worth, FL 33461

Glenn J. Waldman, Arbitrator
Plaza 100, Suite 780
100 N.E. Third Ave
Fort Lauderdale, FL 33301


Globus Medical North America, Inc.
PO Box 203329
Dallas, TX 75320


Henry Schein
P.O. Box 371952
Pittsburgh, PA 15250


HT Medical
450 S. Orange Ave 3rd Floor
Orlando, FL 32801


Image First
900 East 8th Avenue
Suite 200
King of Prussia, PA 19406


Integra Lifesciences Sales, LLC
P.O. Box 404129
Atlanta, GA 30384


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Ogden, UT 84201-0005


Internal Revenue Service
Insolvency Unit
POB 17167, STOP 5760
Fort Lauderdale, FL 33318


Internal Revenue Service
Department of the Treasury
RAIVS Team, Stop 91
P. O. Box 47-421
Atlanta, GA 30362

IPFS Corporation
PO Box 412086
Kansas City, MO 64141


ITS. USA
1778 Park Ave North
Maitland, FL 32751


JHCSMC Marketing
11412 Okeechobee Blvd
West Palm Beach, FL 33411


JK Healthcare Products, LLC
4300 South Ocean Blvd
Apt 1
Boca Raton, FL 33486


John Papa, D.C.
4971 Le Chalet Blvd
Boynton Beach, FL 33436


Johnson & Johnson Healthcare
 Systems Inc.
P.O. Box 406663
Atlanta, GA 30384


Joint Restoration Foundation
P.O. Box 5843549
Kansas City, MO 64184


JP Therapy Holdings II, LLC
4971 Le Chalet Blvd
Boynton Beach, FL 33436


K2M, Inc
751 Miller Dr. SE Suite F - 1
Leesburg, VA 20175


Katzman, Wasserman, Bennardini &
Rubinstein, P.A.
c/o Craig Rubinstein
7900 Glades Rd, Suite 140
Boca Raton, FL 33434

Landauer
2 Science Rd
Glenwood, IL 60425


Laser Surgical Florida, Inc.
900 Biscayne Blvd #2001
Miami, FL 33132


Life Spine, Inc.
P.O. Box 83050
Chicago, IL 60691


LifeNet Health
P.O. Box 79636
Baltimore, MD 21279


M&T
2000 PGA Blvd #4400
North Palm Beach, FL 33408


M&T Bank
One M&T Plaza
Buffalo, NY 14203


Manatee Medical, Inc.
640 Coral Trace Blvd
Edgewater, FL 32132


Medline Industries, Inc.
Dept CH 14400
Palatine, IL 60055


Medtronic USA Inc.
PO BOX 409201
Atlanta, GA 30384-9201


Milner
700 S Military Trail #700
Deerfield Beach, FL 33442


Mindray DS USA, Inc.
24312 Network PL
Chicago, IL 60673

Nutech Solutions for Life
P.O. Box 36639
Birmingham, AL 35236


NuVasive, Inc
50678
Los Angeles, CA 90074


Osteomed, LP
3885 Arapaho Road
Addison, TX 75001


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


Palm Beach County Tax Collector
P. O. Box 3353
West Palm Beach, FL 33402-3353


Paradigm Spine, LLC
505 Park Avenue
New York, NY 10022


Personal Injury & Accident Law Center,
P.A.
c/o Brandon S. Labiner, Esq
5499 N Federal Hwy, Suite K
Boca Raton, FL 33487


Priority Healthcare
P.O. Box 978510
Dallas, TX 75397


Pure Health Solutions Inc
P.O. Box 5066
Hartford, CT 06102


S1 Spine LLC
P.O. Box 71207
Philadelphia, PA 19176


SeaSpine Sales LLC
P.O. Box 207146
Dallas, TX 75320

Shred - It USA
P.O. Box 13574
Newark, NJ 07188


SI-Bone
3055 Olin Ave Suite 2200
San Jose, CA 95128


Sintea Plustek LLC
407 Lincoln Road #10I
Miami Beach, FL 33139


Smith & Nephew, Inc.
P.O. Box 205651
Dallas, TX 75320


SOFSCO
12675 S Indian River Dr
Jensen Beach, FL 34957


SourceOne CVO, LLC
2440 Executive Dr. Ste 208
Saint Charles, MO 63303


Specialty Care IOM Services LLC
Department 1614 P.O. Box 11407
Birmingham, AL 35246


Spinal Simplicity, LLC
6600 College Blvd Ste 220
Leawood, KS 66211


Spineology, Inc.
VB Box 119
P.O. Box 9202
Minneapolis, MN 55480


Stability Biologics
2910 Poston Ave
Nashville, TN 37203


Stanley Convergent Security Solutions
Dept Ch 10651
Palatine, IL 60055

Stericycle
4010 Commercial Ave
Northbrook, IL 60062


Steris Corporation
P.O. Box 676548
Dallas, TX 75267


Stryker
6201 Sprinkle Road
Portage, MI 49002


Stryker Endoscopy
P.O. Box 93276
Chicago, IL 60673


Stryker Finance
950 Trade Contre Way Suite 200
Portage, MI 49002


Stryker Orthopedics
P.O. Box 93213
Chicago, IL 60673


Stryker Sales Corporation
1901 Romence Road parkway
Portage, MI 49002


Stryker Spine
21912 Network Place
Chicago, IL 60673


The Home Depot Pro Inst
3031 N Andrews Ave Ext
Pompano Beach, FL 33064


TIAA Commercial Finance
10 Waterview Blvd
Parsippany, NJ 07054


U.S. Legal Support
444 W Railroad Ave, Suite 300
West Palm Beach, FL 33401

Ulrich Medical USA, Inc.
29579 Network Place
Chicago, IL 60673

United States Corporation Agents, Inc.
13302 Winding Oak Court
Tampa, FL 33612

Wheelhouse IT
2890 Marina Mile Blvd
W State Rd 84 #108
Fort Lauderdale, FL 33312

Wright Medical Technology, Inc.
P.O. Box 503482
Saint Louis, MO 63150

X Spine Systems Inc.
452 Alexandersville Road
Miamisburg, OH 45342

Zeiss
6250 Sycamore Lane North
Osseo, MN 55369

Zeiss
5160 Hacienda Dr.
Dublin, CA 94568

2047 Palm Beach Lakes Real Estate
Partners, LLC
2047 Palm Beach Lakes Blvd
West Palm Beach, FL 33409

ADP, LLC
P.O. Box 842875
Boston, MA 02284

CPBS Management LLC
2047 Palm Beach Lakes Blvd
West Palm Beach, FL 33409

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087

GE Capital Healthcare Financial Services
P.O. Box 3083
Cedar Rapids, IA 52406


GE Healthcare
10 Riverview Drive
1st Floor
Danbury, CT 06810


Jonathan Cutler
2047 Palm Beach Lakes Blvd
Suite 250
West Palm Beach, FL 33409


Stryker Instruments
6201 Sprinkle Road
Portage, MI 49002


Stryker Sales Corporation
5900 Optical Court
San Jose, CA 95138


Styker Flex Financial a division of
Stryker Sales Corporation
1901 Romence Road parkway
Portage, MI 49002


Zeiss
One North Broadway
White Plains, NY 10601


Ziehm Imaging, Inc.
6280 Hazeltine National Dr
Orlando, FL 32811


Cutler Holdings LLLP
2047 Palm Beach Lakes Blvd
West Palm Beach, FL 33409